# EXHIBIT B



## MEMORANDUM

| | |
|---|---|
| **DATE:** | **May 1, 2024** |
| **TO:** | **Public** |
| **FROM:** | **Heritage Oversight Project** |
| **SUBJECT:** | **New Document Highlights Partisan Application of Biden's FedGov Get-Out-The-Vote Operation** |

The Heritage Foundation's Oversight Project has researched the implementation of Executive Order 14019 ("E.O."), *Promoting Access to Voting*[1], and concludes that this E.O. is a partisan voter mobilization effort by the Biden Administration to mobilize historically Democratic groups to vote in federal elections.  This conclusion is heavily informed by previously private Department of Justice ("DOJ") records published for the first time in this Memorandum.

The E.O., signed on March 7, 2021, mandates that federal agencies develop plans for getting-out-the-vote, including:  providing access to mail-in-ballot registrations; having the federal government assist in completing those registrations; promoting access to non-English ballots; and, importantly, "soliciting and facilitating approved, nonpartisan third-party organizations and State officials to provide voter registration services on agency premises."[2]  The E.O. ordered all Federal Agencies to develop strategic plans to support implementation of the E.O. and submit them to the White House by September 23, 2021.[3]

## <u>ACTIVIST ORIGINS OF EXECUTIVE ORDER 14109</u>

The E.O. has activist origins.  On December 3, 2020, Demos, a far-left think tank with close ties to the Biden Administration published *Executive Action to Advance Democracy:  What the Biden-Harris Administration and the Agencies Can Do to Build a More Inclusive Democracy*.[4]  This document provided a road map for the use of Executive power to "ensure the integrity of our elections and strengthen opportunities for civic participation for all Americans, particularly for Black and brown Americans."[5]

---

[1] *Promoting Access to Voting*, 86 F.R. 13,623 (Mar. 7, 2021).

[2] *Id.*

[3] *Id.*

[4] DEMOS.ORG. (Accessed 2024, April 30).  Executive Action to Advance Democracy:  What the Biden-Harris Administration and the Agencies Can Do to Build a More Inclusive Democracy, *found at* https://www.demos.org/sites/default/files/2020-12/Executive%20Action%20to%20Advance%20Democracy.pdf.

[5] *Id.*

**The Oversight Project** 

President Barack Obama was a founding board member of Demos.[6] The organization exerts great influence in directing leftist lawfare efforts. For example, on March 17, 2017, Demos demanded "The Deputy Attorney General must immediately authorize the appointment of a special counsel to investigate possible crimes by Trump or his associates" based upon the false Russia collusion allegations created by Hillary Clinton's presidential campaign.[7] On that same day, Department of Justice Acting Attorney General Rod Rosenstein appointed Robert Mueller as Special Counsel.

President Biden issued E.O. 14019 on March 7, 2021. That same day, Demos took credit for the Executive Order, writing "*Today's Executive Order is an important step forward on an initiative Demos promoted as a priority for the Biden-Harris administration during the presidential transition and has been a focal point of our work for years.*"[8] Demos also noted, "*Demos' work with state agencies provides clear evidence of the potential impact of agency-based registration. It can add millions of eligible persons to the voting rolls.*"[9]

## PARTISAN PARTICIPANTS IN EO 14019 IMPLEMENTATION

On July 12, 2021, the Department of Justice, other Government agencies, and representatives of the Executive Office of the President held a "Listening Session" which utilized non-governmental organizations ("NGO") to facilitate the Federal Government's implementation of the Executive Order. *See* App. at 78–79, 113–17.[10] Analysis of these NGOs and their representatives who participated in the Listening Session identified zero Republicans, Independents, or politically conservative individuals. ***Every participant whose party affiliation or political donation history could be identified by the Oversight Project was identified as a Democrat except for one Green Party member.*** This is concerning because the listening session was billed as "nonpartisan nonprofit organizations engaged in voting rights advocacy to provide their recommendations and thoughts on best practices." App. at 79. Based on available records, the listening session did not include any participants whose mission includes ensuring that only *lawful* votes are counted. Counting *unlawful* votes dilutes lawful votes no less than any other form of currently legal cognizable dilulation, such as "packing" racial minority voters.[11]

NGO participants at this Listening Session included representatives of the following left-wing organizations:

---

[6] Lucas, Barbara Joanna. (Accessed 2024, April 29). "Unabashed Radicals: The mission of Demos, Elizabeth Warren's favorite left-wing group." Capital Research Center. July 3, 2014. https://capitalresearch.org/article/ot/.
[7] DEMOS.ORG (Accessed 2024, April 29). Statement from Demos on Reports of FBI Director Comey Memo. https://www.demos.org/press-release/statement-demos-reports-fbi-director-comey-memo.
[8] @Demos_Org, TWITTER (Mar 7, 2021, 12:24 PM ), https://twitter.com/Demos_Org/status/1368613436318511109.
[9] @Demos_Org, TWITTER (Mar 7, 2021, 12:22 PM), https://twitter.com/Demos_Org/status/1368613080754700288 (emphsis added).
[10] All "App." citations are to the Appendix hereto.
[11] *See, e.g.*, *Allen v. Milligan*, 599 U.S. 1 (2023).

**The Oversight Project**

*The* **Heritage Foundation**

- AFL-CIO, AFSCME
- The Advancement Project
- All Voting is Local
- American Association of People with Disabilities
- American Bar Association
- The American Civil Liberties Union
- The Anti-Defamation League
- Arab American Institute
- Asian & Pacific Islander American Health Forum
- Asian Americans Advancing Justice
- Association of Clinicians for the Underserved
- Black Voters Matter
- Brennan Center for Justice at NYU
- Business for America
- The Campaign Legal Center
- Common Cause
- Democracy Fund
- Demos
- End Citizens United/Let America Vote
- The Fair Elections Center
- Fair Fight Action
- FairVote
- Headcount
- Healthy Democracy Healthy People
- Lawyers' Committee for Civil Rights
- The Leadership Conference on Civil and Human Rights

- The Mexican American Defense and Education Fund ("MALDEF")
- NAACP
- National Action Network
- National Congress of American Indians
- National Council of Jewish Women
- National Disability Rights Network
- National Education Association
- National Urban League
- Native American Rights Fund, League of Women Voters
- Open Society Policy Center
- Our Vote Texas/ Texas Progressive Action Network
- People For the American Way
- Religious Action Center of Reform Judaism
- The Sentencing Project
- Southern Coalition for Social Justice
- States United Democracy Center
- The Southern Poverty Law Center
- UnidosUS
- Verified Voting
- Vot-ER
- YWCA USA

*See* App. at 114–16.

3

**The Oversight Project**     

The Leadership Conference on Civil and Human Rights, a coalition of 240 left-wing NGOs, appears to have held significant influence on the Listening Session.  The majority of the NGOs in attendance at the Listening Session are members of the Leadership Conference.  White House visitor logs also indicate that Wade Henderson, the Leadership Conference Interim CEO, met with President Biden and senior staff three times in May and July 2021—the weeks and months leading up to the Listening Session.  Of the July 8, 2021 meeting, the Leadership Conference wrote on social media, "*Our interim president and CEO @Wade4Justice joined other civil rights leaders at the White House today.  They met with @POTUS and @VP to discuss our freedom to vote and other urgent issues facing our democracy.*"[12]

President Biden's current head of the Department of Justice Civil Rights Division, Kristen Clarke ("Clarke"), served as the head of the Leadership Conference until her Senate confirmation in May 2021.[13]  Clarke is credited with playing a significant role in preventing a citizenship question from being added to the 2020 census.[14]

Another former head of the Leadership Conference, Vanita Gupta ("Gupta")[15], served in the Biden Administration as the Associate Attorney General—the third-ranking position in the Justice Department—from April 2021 to February 2024.  Gupta formerly served as the head of the Department of Justice's Civil Rights Division under President Obama.

## OVERSIGHT PROJECT OBTAINS UNREDACTED LISTENING SESSION NOTES

The Oversight Project obtained unredacted notes from a DOJ attorney documenting the substance of the Listening Session.  The NGO talking points focused upon efforts to target historically Democratic voter blocks and expressed alarming extremist views.  There is no corresponding evidence of efforts increase voter access and education in likely Republican constituencies.

The Listening Session's first three speakers suggested actions to be taken to ensure the Bureau of Prisons facilitates the voter registrations and ballot access of prison inmates and provides information on restoration of felon voting rights.  One speaker noted "*Felons in Puerto Rico are also eligible to vote.  In Mississippi, don't lose the right to vote for federal convictions,*

---

[12]  @civilrightsorg, TWITTER (July 8, 2021, 6:34 PM),
https://twitter.com/civilrightsorg/status/1413266085130952711 (empahsis added).
[13]  TheGuardian.com.  (Accessed 2024, April 29).  They took Donald Trump to task. Now they're ready to reshape the justice department.  https://www.theguardian.com/us-news/2021/feb/03/kristen-clarke-vanita-gupta-biden-justice-department.
[14]  TheGuardian.com.  (Accessed 2024, April 29).  They took Donald Trump to task. Now they're ready to reshape the justice department.  https://www.theguardian.com/us-news/2021/feb/03/kristen-clarke-vanita-gupta-biden-justice-department.
[15]  CivilRights.org.  (Accessed 2024, April 29).  Leadership Conference Announces Vanita Gupta as New President and CEO.  https://civilrights.org/edfund/resource/leadership-conference-announces-vanita-gupta-new-president-ceo/.



and AL also has some eligibility.  *Those individuals with convictions for federal misdemeanors can usually vote, too.*"  Even "*people in pretrial custody also have the right to vote.*"  App. at 2 (emphasis added).  A speaker also espoused the extreme and ahistorical view that "felony disenfranchisement is voter suppression."  App. at 1.

Other speakers suggested facilitating registration drives by leveraging current Government agency resources to register users of those services.  These services are highly correlated to core historic Democratic voting constituencies.  The ACLU suggested using the Head Start platform to register voters.  App. at 5.  Head Start is a federal program for preschool children from low-income families.  The ACLU also suggested targeting Social Security process to register recipients as "*They are lower income and have disabilities.*"  App. at 5 (emphasis added).  Another group recommended for targeted voter registration was IRS recipient of tax assistance:  "*That system could also be leveraged.*"  App. at 5 (emphasis added).  Likewise, Demos suggested HUD as a vehicle to register low-income persons in public housing by "*requiring public housing authorities to include this*".  App. at 6 (emphasis added).  A speaker from the Native American Rights Fund suggested means for expanding Native American voter registration to include "*food distribution sites could be helpful, as could service sites for children and families, like head start, Bureau of Indian education*."  App. at 4 (emphasis added).

Other speakers trumpeted the merit of "dropboxes"—proven to be historically insecure—and lamented the "[p]ushback" against them (*i.e.*, banning "Zuckbucks'" distribution of dropboxes in a partisan,and in some cases illegal, manner).

The representative from MALDEF appeared to suggest that the American people must trust that noncitizens are legally entitled to vote in the elections they attempt to vote in.  "*Immigrants and noncitizens—we support voter registration efforts.  We want to make sure that they are done in a careful way.  All fed employees musts be trained in this.  Need to trust people are acting in bounds of the law.  Especially when there are language issues.*"  App. at 6 (emphasis added).  Put differently, MALDEF appeared to articulate the common left-wing view that prohibitions on non-citizens voting should not be enforced *pre*-election via methods widely used elsewhere (*e.g.*, most of Europe) such as requiring appropriate voter ID.  Rather, they should only be enforced *post*-election via prosecutions that face any number of obstacles (some deliberately interposed by the very same left-wing groups).  Of course, *post*-election only enforcement may well result in illegal votes influencing and possibly deciding an election.

**CONCLUSION**

Due to the foregoing, we conclude that the E.O. is a partisan voter mobilization effort by the Biden Administration to use the Federal Government and its' resources in order to support targeted, partisan voter mobilization efforts and get-out-the-vote ("GOTV") operations—an attempt to influence the outcome of future elections through the use of federal resources, infrastructure, and reach.

# Appendix

Heritage Foundation Oversight Project

May 1, 2024 Memorandum: *New Document Highlights Partisan Application of Biden's FedGov Get-Out-The-Vote Operation*

**Voting EO - Stakeholder Engagement Listening Session w/ Voting Rights Advocates – July 12, 2021**

Justin Levitt – opened session & led introductions

Jesselyn McCurdy – LCCHR.  Many of our voting rights task force members will be presenting today.

<u>1. Keeda Haynes (Sentencing Project)</u> – will be focusing remarks on incarcerated people.  Discussing Sec. 9 of EO

-eligible voters who are incarcerated have been left out of voting.

-4000 DC residents are in federal custody across the country.  DC Bd. of elections has sent voter registration forms to 2400 people.

-people in pretrial custody also have the right to vote.

-Marshall Project report released a couple of weeks ago about voting rights restoration

-Questions: who is overseeing implementation process at BOP?  Is there a process at BOP to notify newly eligible voters of their right to vote?

Ideas:

- BOP could provide voter registration form in A&O training (orientation training).
- Could also create program statement about voting and create grievance process if facility doesn't conform.
- BOP identification could be used for voter registration.
- Could pass out info at mail call.
- Case managers can give voting info and discuss it – include this at progress report (when inmate gets driver's license and social security card).
- Partner orgs could come in and do pre-release classes to provide info.
- Could create facility coordinator – this person would have to be trained to overcome BOP apathy.
- Civics classes as part of pre-release classes.
- Where there is a concentration of eligible voters (for ex, facility in West VA w/ lots of DC residents) – could provide in-person voting options, such as voting machines.  Puerto Rico does this, which leads to higher participation.
- BOP is responsible for DC and Puerto Rican residents to participate as well.

-felony disenfranchisement is voter suppression.  We would welcome opportunity to continue to assist with these proposals.

<u>2. Zara Haq (ACLU)</u>

App. 001

-we'd welcome the opportunity to partner with BOP on best practices.  Who is the team to contact, and what implementation steps have been taken?

### 3. Dana Paikowsky (Campaign Legal Center)

-we want to develop infrastructure in jails and prisons and also help people understand their eligibility after they are released.

-we developed a few recommendations.  We heard back from BOP and were excited.

-We remain concerned about BOP's focus on voter registration only, and only on individuals from ME, VT, and DC.  Felons in Puerto Rico are also eligible to vote.  In Mississippi, don't lose right to vote for federal convictions, and AL also has some eligibility.  Those individuals with convictions for federal misdemeanors can usually vote, too.

-we operate www.Restoreyourvote.org – purpose of this site is to provide info on disenfranchisement.  That kind of tool would have a much bigger impact if provided by the federal government.  We've learned a lot trying to run this website over last 4 years and can pass that info on to BOP.

### 4. Terry Minnis (Asian Americans Advancing Justice)

-primary focus is eliminating hurdle of language barriers. Almost ¾ Asians speaks a language other than English at home; 2/3 are LEP

-Agencies should be looking to provide in-language materials.  EAC provides lots of info in-language.

-Agencies should be aware of section 203 coverage.  Next set of determinations will be made in December, and EAC should update those materials accordingly.

-We support directive to translate vote.gov.  It has to be easily accessible to voter that there is an in-language version.  Translation must be done at average reading level with colloquial understanding.  Has to be a human component to the translation process – not just google translate.

-Make voter registration info mandatory at naturalization ceremonies

### 5. Ryan Suto (Arab American Institute)

[He was not available]

### Terry Minnis

-Ryan is interested in expanding beyond section 203 languages – no need to restrict efforts to only those languages.  There are other communities with the same need. Agencies should look at Census data and understand where there are needs for other language assistance

**App. 002**

6. Jose Morales (Fair Fight Action)

-based on experiences last year and this year, there are many new ID requirements

-Question: is your agency prioritizing opportunities for helping people to fill out voting forms/vote by mail ballot and copy their ID? Many people don't have access to copiers/printers. People also don't want to mail copies of their IDs for identity theft/scam concerns. Logistical support could really help

-fast growing communities speak other languages. Getting them those ballot request forms and ID copying capabilities really matters

-Federal employees – let them take the day off to vote and help the machinery of election workers. There is an assault on our election workers.

7. Michelle Bishop (National Disability Rights Network)

-40 Million eligible voters with disabilities

-Drop boxes are great. Pushback is happening across states. Affirming right to use a drop box would help. This was done on the fly in 2020, and sometimes they were designed inaccessibly or placed on inaccessible pathways. Local election officials are not going to be really well-versed on ADA. How standards apply to drop boxes would help. Guidance from DOJ, EAC, or US Access Board would be great

-Concerned with having "at least one" accessible voting spot per polling place (requirement of HAVA). That's a minimum. But 1 is insufficient. We have worked to get that changed in HAVA. Guidance that would create a formula for the appropriate number of accessible spots you need given the number of people voting there, etc. would be very helpful as a guideline for local voting officials.

-Access to vote for people in long-term care facilities. We would love to see more guidance on this. Responsibility of staff to assist any eligible and registered voter. Staff cannot make determination of competency – a Court has to be involved in that.

-Agencies need to bring people will disabilities into every part of the process. Must hire to embed people with disabilities in all levels of government. This is particularly true with EAC and political appointees at DOJ.

8. Rachita Singh (American Assoc. of people with Disabilities)

-Michelle mentioned ADA, HAVA, and accessibility at polling places. These are not enforced as much as they could be. We need more enforcement.

-Happy to see AG's commitments for VOT section of CRT, we need the same commitment for DRS

-enforcement of ADA at polling places. States have used ADA requirements as a reason to close down polling places. Inaccessible places can use accommodations like curbside voting – but states are cutting

Obtained by Heritage Foundation Oversight Project

back on this. Should not use ADA to disenfranchise voters, especially in communities of color. Local jurisdictions need guidance

-web accessibility: modernizing vote.gov. State websites are not accessible, provide confusing info, and make it difficult to find info about exactly what is needed to vote. Community of people with disabilities have particular questions that really matter – like how to vote under guardianship, etc.

-vote by mail is very important. We'd like a federal standard. Postage should be included. That reduces barriers to casting a ballot.


Justin Levitt

-PSA: WH stays out of enforcement actions of agency partners!


9. Samantha Kelty (Native American Rights Fund)

-no other racial or ethic group faces the obstacles to voting that Native American voters do

-we are participating in section 10 consultations

-many ways for federal agencies to promote voting

-lots of federal agencies located on reservations. They could assist with voter registrations, or work with third parties or states to register voters.

-food distribution sites could be helpful, as could service sites for children and families, like head start, Bureau of Indian Education.

-Ballot drop boxes are important to have on/near reservations. Must be advertised and consistent.

-polling locations on or near reservations matter.

-polling places are closing b/c they are not ADA complaint.

-USPS – equitable mail delivery is more important than ever. Point person or task force at USPS would help. Hours of USPS are severely reduced. Distance is the number 1 problem for post offices and drop boxes. Many tribes don't have an address system. Mail is very slow.

-DOJ – want to reach out for help with voter intimidation, especially in border towns. Want annual consultation with tribes about voting issues. We need help with redistricting. Vote dilution is just as important as vote denial.


10. Celina Stewart & Jessica Jones Capparell (Legal of Women Voters)

Jessica:

**App. 004**

-Expanding voter registration through all agencies that provide public assistance is important. Make an "opt-out" instead of an "opt-in" system.  Federal govt should advance digital offerings to reach more people.

-Want you to create partnerships with state agencies to fully implement NVRA.

-HHS, VA, Citizenship and Naturalization Services, Indian Health Services – all good candidates.

-Internal offerings with employees: when apply for federal government job, register to vote, too

-Should register people at citizenship and naturalization ceremonies.


Celina:

-We are still reeling from *Brnovitch*.  Focus of decision was not VRA, but entire electorate.  We are looking for John Lewis Act to include more info about legislative intent, b/c court sidestepped the intent of the VRA.

-Biden put out statement right after case came down. We have to leverage DOJ re: VRA and NVRA compliance.  DOJ was absent in last administration.  We hope there is a push to be more present.

-Work with legislative branch to provide guidance on enforcement.  Legislative branch and executive branch must be aligned.

-Agencies need funding to make sure this happens


11. Sarah Brannon and Ceridwen Cherry (ACLU)

Sarah:

-state governments can designate federal government agencies to be voter registration agencies – glad to see this expanded.

-HHS – healthcare.gov serves 20 million people per year.  Voter registration could easily be added to that portal.  Navigators in states w/ fed exchanges assist people with completing apps – they could integrate voting registration.  Head start is also funded by HHS – the application process could also include voter registration.

-Question for HHS: what kinds of things have you been thinking about?

-Social security – SSI reaches a vulnerable community.  They are lower income and have disabilities. Don't benefit from NVRA because benefits are consolidated through SSI.  Would be great if SSI process included voter registration.

-IRS has programs to provide tax assistance.  That system could also be leveraged.


12. Laura Williamson (Demos)

-don't stop at registration.  It's just the first hurdle.

-plans have to include offer to register to vote that is integrated into service, must offer help in completing it, and an offer to transmit the registration form.

-HUD: consider integrating voter registration into public housing, requiring public housing authorities to include this.  FHA lenders could offer voter registration as part of the process.  Housing counselors, too. Service coordinators of multifamily housing.  Neigborworks America would be a good candidate too. Public and Indian housing programs.

-eager to be in conversation about this with you.


13. Nik Youngsmith (MALDEF)

-Immigrants and noncitizens – we support voter registration efforts.  We also want to make sure that they are done in a careful way.  All fed employees must be well trained in this.  Need to trust people are acting in bounds of the law.  Especially when there are language issues.

-Federal employees need to know who should be properly registered and not.  Don't want someone to face charges for registering based on bad info.


14. Michelle Kanter Cohen (Fair Elections Center)

-Need to modernize federal voter registration form.  Now it is a 20+ page fillable pdf.

-Some private orgs have already tried to modernize – federal government should do something similar.

**App. 006**

**Voting EO - Stakeholder Engagement Listening Session w/ Voting Rights Advocates – July 12, 2021**

Justin Levitt – opened session & led introductions

Jesselyn McCurdy – LCCHR.  Many of our voting rights task force members will be presenting today.

1. Keeda Haynes (Sentencing Project) – will be focusing remarks on incarcerated people.  Discussing Sec. 9 of EO

-eligible voters who are incarcerated have been left out of voting.

-4000 DC residents are in federal custody across the country.  DC Bd. of elections has sent voter registration forms to 2400 people.

-people in pretrial custody also have the right to vote.

-Marshall Project report released a couple of weeks ago about voting rights restoration

-Questions: who is overseeing implementation process at BOP?  Is there a process at BOP to notify newly eligible voters of their right to vote?

Ideas:

- BOP could provide voter registration form in A&O training (orientation training).
- Could also create program statement about voting and create grievance process if facility doesn't conform.
- BOP identification could be used for voter registration.
- Could pass out info at mail call.
- Case managers can give voting info and discuss it – include this at progress report (when inmate gets driver's license and social security card).
- Partner orgs could come in and do pre-release classes to provide info.
- Could create facility coordinator – this person would have to be trained to overcome BOP apathy.
- Civics classes as part of pre-release classes.
- Where there is a concentration of eligible voters (for ex, facility in West VA w/ lots of DC residents) – could provide in-person voting options, such as voting machines.  Puerto Rico does this, which leads to higher participation.
- BOP is responsible for DC and Puerto Rican residents to participate as well.

-felony disenfranchisement is voter suppression.  We would welcome opportunity to continue to assist with these proposals.

2. Zara Haq (ACLU)

-we'd welcome the opportunity to partner with BOP on best practices.  Who is the team to contact, and what implementation steps have been taken?

3. Dana Paikowsky (Campaign Legal Center)

-we want to develop infrastructure in jails and prisons and also help people understand their eligibility after they are released.

-we developed a few recommendations.  We heard back from BOP and were excited.

-We remain concerned about BOP's focus on voter registration only, and only on individuals from ME, VT, and DC.  Felons in Puerto Rico are also eligible to vote.  In Mississippi, don't lose right to vote for federal convictions, and AL also has some eligibility.  Those individuals with convictions for federal misdemeanors can usually vote, too.

-we operate www.Restoreyourvote.org – purpose of this site is to provide info on disenfranchisement.  That kind of tool would have a much bigger impact if provided by the federal government.  We've learned a lot trying to run this website over last 4 years and can pass that info on to BOP.

4. Terry Minnis (Asian Americans Advancing Justice)

-primary focus is eliminating hurdle of language barriers. Almost ¾ Asians speaks a language other than English at home; 2/3 are LEP

-Agencies should be looking to provide in-language materials.  EAC provides lots of info in-language.

-Agencies should be aware of section 203 coverage.  Next set of determinations will be made in December, and EAC should update those materials accordingly.

-We support directive to translate vote.gov.  It has to be easily accessible to voter that there is an in-language version.  Translation must be done at average reading level with colloquial understanding.  Has to be a human component of the translation process – not just google translate.

-Make voter registration info mandatory at naturalization ceremonies

5. Ryan Suto (Arab American Institute)

[He was not available]

Terry Minnis

-Ryan is interested in expanding beyond section 203 languages – no need to restrict efforts to only those languages.  There are other communities with the same need. Agencies should look at Census data and understand where there are needs for other language assistance

6. Jose Morales (Fair Fight Action)

-based on experiences last year and this year, there are many new ID requirements

-Question: is your agency prioritizing opportunities for helping people to fill out voting forms/vote by mail ballot and copy their ID? Many people don't have access to copiers/printers. People also don't want to mail copies of their IDs for identity theft/scam concerns. Logistical support could really help

-fast growing communities speak other languages. Getting them those ballot request forms and ID copying capabilities really matters

-Federal employees – let them take the day off to vote and help the machinery of election workers. There is an assault on our election workers.


7. Michelle Bishop (National Disability Rights Network)

-40 Million eligible voters with disabilities

-Drop boxes are great. Pushback is happening across states. Affirming right to use a drop box would help. This was done on the fly in 2020, and sometimes they were designed inaccessibly or placed on inaccessible pathways. Local election officials are not going to be really well-versed on ADA. How standards apply to drop boxes would help. Guidance from DOJ, EAC, or US Access Board would be great

-Concerned with having "at least one" accessible voting spot per polling place (requirement of HAVA). That's a minimum. But 1 is insufficient. We have worked to get that changed in HAVA. Guidance that would create a formula for the appropriate number of accessible spots you need given the number of people voting there, etc. would be very helpful as a guideline for local voting officials.

-Access to vote for people in long-term care facilities. We would love to see more guidance on this. Responsibility of staff to assist any eligible and registered voter. Staff cannot make determination of competency – a Court has to be involved in that.

-Agencies need to bring people will disabilities into every part of the process. Must hire to embed people with disabilities in all levels of government. This is particularly true with EAC and political appointees at DOJ.


8. Rachita Singh (American Assoc. of people with Disabilities)

-Michelle mentioned ADA, HAVA, and accessibility at polling places. These are not enforced as much as they could be. We need more enforcement.

-Happy to see AG's commitments for VOT section of CRT, we need the same commitment for DRS

-enforcement of ADA at polling places. States have used ADA requirements as a reason to close down polling places. Inaccessible places can use accommodations like curbside voting – but states are cutting

**App. 009**

back on this.  Should not use ADA to disenfranchise voters, especially in communities of color.  Local jurisdictions need guidance

-web accessibility: modernizing vote.gov. State websites are not accessible, provide confusing info, and make it difficult to find info about exactly what is needed to vote.  Community of people with disabilities have particular questions that really matter – like how to vote under guardianship, etc.

-vote by mail is very important.  We'd like a federal standard.  Postage should be included.  That reduces barriers to casting a ballot.

Justin Levitt

-PSA: WH stays out of enforcement actions of agency partners!

9. Samantha Kelty (Native American Rights Fund)

-no other racial or ethic group faces the obstacles to voting that Native American voters do

-we are participating in section 10 consultations

-many ways for federal agencies to promote voting

-lots of federal agencies located on reservations.  They could assist with voter registrations, or work with third parties or states to register voters.

-food distribution sites could be helpful, as could service sites for children and families, like head start, Bureau of Indian Education.

-Ballot drop boxes are important to have on/near reservations.  Must be advertised and consistent.

-polling locations on or near reservations matter.

-polling places are closing b/c they are not ADA complaint.

-USPS – equitable mail delivery is more important than ever.  Point person or task force at USPS would help.  Hours of USPS are severely reduced.  Distance is the number 1 problem for post offices and drop boxes.  Many tribes don't have an address system.  Mail is very slow.

-DOJ – want to reach out for help with voter intimidation, especially in border towns.  Want annual consultation with tribes about voting issues.  We need help with redistricting.  Vote dilution is just as important as vote denial.

10. Celina Stewart & Jessica Jones Capparell (Legal of Women Voters)

Jessica:

Obtained by Heritage Foundation Oversight Project

**App. 010**

-Expanding voter registration through all agencies that provide public assistance is important. Make an "opt-out" instead of an "opt-in" system.  Federal govt should advance digital offerings to reach more people.

-Want you to create partnerships with state agencies to fully implement NVRA.

-HHS, VA, Citizenship and Naturalization Services, Indian Health Services – all good candidates.

-Internal offerings with employees: when apply for federal government job, register to vote, too

-Should register people at citizenship and naturalization ceremonies.


Celina:

-We are still reeling from *Brnovitch*.  Focus of decision was not VRA, but entire electorate.  We are looking for John Lewis Act to include more info about legislative intent, b/c court sidestepped the intent of the VRA.

-Biden put out statement right after case came down. We have to leverage DOJ re: VRA and NVRA compliance.  DOJ was absent in last administration.  We hope there is a push to be more present.

-Work with legislative branch to provide guidance on enforcement.  Legislative branch and executive branch must be aligned.

-Agencies need funding to make sure this happens


11. Sarah Brannon and Ceridwen Cherry (ACLU)

Sarah:

-state governments can designate federal government agencies to be voter registration agencies – glad to see this expanded.

-HHS – healthcare.gov serves 20 million people per year.  Voter registration could easily be added to that portal.  Navigators in states w/ fed exchanges assist people with completing apps – they could integrate voting registration.  Head start is also funded by HHS – the application process could also include voter registration.

-Question for HHS: what kinds of things have you been thinking about?

-Social security – SSI reaches a vulnerable community.  They are lower income and have disabilities. Don't benefit from NVRA because benefits are consolidated through SSI.  Would be great if SSI process included voter registration.

-IRS has programs to provide tax assistance.  That system could also be leveraged.


12. Laura Williamson (Demos)

-don't stop at registration.  It's just the first hurdle.

-plans have to include offer to register to vote that is integrated into service, must offer help in completing it, and an offer to transmit the registration form.

-HUD: consider integrating voter registration into public housing, requiring public housing authorities to include this.  FHA lenders could offer voter registration as part of the process.  Housing counselors, too.  Service coordinators of multifamily housing.  Neigborworks America would be a good candidate too.  Public and Indian housing programs.

-eager to be in conversation about this with you.


13. Nik Youngsmith (MALDEF)

-Immigrants and noncitizens – we support voter registration efforts.  We also want to make sure that they are done in a careful way.  All fed employees must be well trained in this.  Need to trust people are acting in bounds of the law.  Especially when there are language issues.

-Federal employees need to know who should be properly registered and not.  Don't want someone to face charges for registering based on bad info.


14. Michelle Kanter Cohen (Fair Elections Center)

-Need to modernize federal voter registration form.  Now it is a 20+ page fillable pdf.

-Some private orgs have already tried to modernize – federal government should do something similar.

**App. 012**

**From:** Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,]
**Sent:** 4/1/2021 7:29:30 PM
**To:** Nguyen, Eric (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a89457fa0a7d4585b724a42ff86b7a3a-Nguyen, Eri]; Braden, Myesha (ODAG)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=53d04c8bab9b4152959b556bc7804ce4-Braden, Mye]; Karlan, Pamela (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Braverman, Adam L.
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e21e801e09b64698bb58eb798f208736-Braverman,]
**Subject:** RE: EO to Promote Voting Access

Monday after 3:00 p.m. works for me too.

**From:** Nguyen, Eric (ODAG) (b) (6)
**Sent:** Thursday, April 1, 2021 3:00 PM
**To:** Braden, Myesha (ODAG) (b) (6)              Ruisanchez, Alberto (OASG) (b) (6)
Karlan, Pamela (CRT) (b) (6)              Braverman, Adam L. (ODAG) (b) (6)
**Subject:** RE: EO to Promote Voting Access

+ Adam for USMS.  Monday after 3pm should work, though I might need to do some of the meeting by phone.

Is there a view on whether (b) (5) DPP
(b) (5) DPP

**From:** Braden, Myesha (ODAG) (b) (6)
**Sent:** Thursday, April 1, 2021 12:01 PM
**To:** Nguyen, Eric (ODAG) (b) (6)              Ruisanchez, Alberto (OASG) (b) (6)              Karlan,
Pamela (CRT) (b) (6)
**Subject:** FW: EO to Promote Voting Access
**Importance:** High

Hi, Everyone.

Please see invitation below.  What times after 2:30pm on Monday work best for you, and who else should participate in
this conversation?

Best,

Myesha

**From:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Sent:** Thursday, April 1, 2021 11:20 AM
**To:** Braden, Myesha (ODAG) (b) (6)
**Cc:** Vail, Justin W. EOP/WHO (b) (6)              Conley, Danielle Y. EOP/WHO
(b) (6)
**Subject:** EO to Promote Voting Access

Myesha,

**App. 013**

Obtained by Heritage Foundation Oversight Project

I hope this email finds you well.  White House Counsel's Office is working with DPC on coordinating implementation of the President's Executive Order on Promoting Voting Access.  Section 9 of the EO directs the AG to take various steps to facilitate voter registration and voting for people in BOP and USMS custody and to coordinate with the Probation and Pretrial Services Office on providing similar resources and assistance to people under supervision.  My colleague Justin Vail and I would like to connect with you, and any other appropriate DOJ colleagues, to discuss implementation of those provisions.  Can you let us know if there are times on Monday 4/5 after 2:30 p.m. that would work?

Many thanks, and looking forward to working with you on this.

Best,
Larry

**Larry Schwartztol**
Associate White House Counsel and Special Assistant to the President


Obtained by Heritage Foundation Oversight Project

**App. 014**

| From: | Braden, Myesha (ODAG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
|---|---|
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53D04C8BAB9B4152959B556BC7804CE4-BRADEN, MYE] |
| Sent: | 4/1/2021 7:38:49 PM |
| To: | Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Braverman, Adam L. |
| | (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=e21e801e09b64698bb58eb798f208736-Braverman,]; Nguyen, Eric (ODAG) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a89457fa0a7d4585b724a42ff86b7a3a-Nguyen, Eri]; Ruisanchez, Alberto |
| | (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| Subject: | RE: EO to Promote Voting Access |

Hi, Pam.

Not crucial, but your insight is always welcome.  Suggested 4:30 just in case.

Best,

Myesha

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Thursday, April 1, 2021 3:29 PM
**To:** Braverman, Adam L. (ODAG) (b) (6)                    Nguyen, Eric (ODAG) (b) (6)
Braden, Myesha (ODAG) (b) (6)           Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO to Promote Voting Access

After 4:30 works for me.  Before that, I have a series of meetings I would have to reschedule.  But it's not clear to me that CRT is crucial to this meeting.  And if we are, I'd like to check with Chris Herren, the Voting section chief, about his availability.

**From:** Braverman, Adam L. (ODAG)
**Sent:** Thursday, April 1, 2021 3:24 PM
**To:** Nguyen, Eric (ODAG) (b) (6)             Braden, Myesha (ODAG) (b) (6)              Ruisanchez,
Alberto (OASG) (b) (6)           Karlan, Pamela (CRT) (b) (6)
**Subject:** RE: EO to Promote Voting Access

Monday after 3pm works for me as well.  Thanks

Duplicative Material

# Duplicative Material

App. 016

**From:** Herren, Chris (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=6B495247C2ED4F07979E95AEFA522C62-CHERREN]
**Sent:** 4/9/2021 3:18:45 PM
**To:** Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Ruisanchez, Alberto (OASG)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]
**Subject:** Re: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Yes, I can make that.

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Friday, April 9, 2021 11:18 AM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** RE: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

That works for me.  Chris?

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Friday, April 9, 2021 11:12 AM
**To:** Karlan, Pamela (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** RE: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Actually, I just got a meeting scheduled for 4:15 p.m.  If we can meet at 3:45 p.m., that would be great.  Does that work?

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Friday, April 9, 2021 11:07 AM
**To:** Karlan, Pamela (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** RE: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

We were thinking of someone in Leadership being the representative as well, and I agree that the DOJ's role is going to
be (b) (5)                          .  Are you available at 4:00 today to chat?  If so, I'll send you an invite.

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Friday, April 9, 2021 10:55 AM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** RE: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Dear Alberto,

Of course.  In terms of a permanent representative, we could use one of the counsel in the CRT front office if you'd
like.  But for the reasons I give below, it actually might be wiser to have someone from ODAG or OASG.

**App. 017**

I am looping in Chris. (b) (5) DPP

# (b) (5) DPP

That's why, for example, we now have these biweekly Monday afternoon meetings scheduled (b) (5) (b) (5) DPP I'll continue to attend those meetings (to which you're invited as well), but Chris and I discussed whether it's even really necessary for him to take the time every other week.

# (b) (5) DPP

Perhaps you and I should talk about this.

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Friday, April 9, 2021 10:09 AM
**To:** Karlan, Pamela (CRT) (b) (6)
**Subject:** FW: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Pam,

Unfortunately, the request below from the White House fell through the cracks in OAG and was not forwarded to OASG or other offices. But, we are going to send someone to attend this morning's meeting and will look for a permanent representative in the meantime (OASG's view is that you are too busy and stretched too thin to be the representative, so we are looking for someone else to do it). Can CRT please draft responses to the seven questions below, by the end of next week? Please ignore the earlier deadline in the email below; I already talked to Larry about it and explained the situation, so he knows about this extension of time.

Please let me know if you have any questions.
Thanks.

**From:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Sent:** Thursday, April 8, 2021 4:59 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Cc:** Freeland, Devontae EOP/WHO (b) (6)
**Subject:** FW: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Hi Alberto,

I hope all is well. I don't' think we've heard back from DOJ re either a point of contact/attendee for tomorrow's interagency meeting on the voting EO, or responses to the preliminary questions we sent. Are you able to confirm whether someone is going to attend, and also whether written response are going to come in?

Thanks so much.

Best,
Larry

**App. 018**



**From:** Alcorn, Stephonn O. EOP/WHO
**Sent:** Thursday, April 1, 2021 10:55 AM
**To:** georgesa@(b) (6)    didem.nisanci@(b) (6)    kelly.magsamen@(b) (6) (b)(6) Matthew Klapper    ;
jennifer.vanderheide.escobar(b) (6)    Ferguson, Katharine - OSEC - Washington, DC
(b) (6)    >; MHarney@(b) (6)    Koh, Daniel - OSEC (b) (6)
Sean.McCluskie@(b) (6)    Sean.McCluskie@(b) (6)    laura.schiller@(b) (6)    tarak.shah@(b) (6)    Nix, Sheila
(b) (6)    ; Tanya.Bradsher@(b) (6)    Karen.olick@(b) (6)    utech.dan@(b) (6)    DavisJL4@(b) (6)
Todd, Nora C. EOP/USTR (b) (6)    ; Plews, Arthur G. (b) (6)
msumilas@(b) (6)    Kijakazi, Kilolo (b) (6)    Saunders, Melanie (HQ-AA000) (b) (6)    (b) (6)
(b) (6)    casey.l.swails@(b) (6)    Erica.S.Easter@(b) (6)    Scott.Frey@(b) (6)    Tata, Shantanu S. EOP/USTR
(b) (6)    Thompson, Jamila EOP/USTR < (b) (6)
Lance.Kathleen@(b) (6)    monique.catlett@(b) (6)    Utech.Dan@(b) (6)    Conley, Danielle Y. EOP/WHO
(b) (6)
**Cc:** Vail, Justin W. EOP/WHO (b) (6)    ; Schwartztol, Larry M. EOP/WHO
(b) (6)    ; Lhamon, Catherine E. EOP/WHO (b) (6)    Freeland,
Devontae EOP/WHO (b) (6)
**Subject:** Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order

Colleagues,

President Biden has deemed it a priority to increase access to voting. As the Executive Order on Promoting Access to Voting ("EO") lays out, "[i]t is the responsibility of the Federal Government to expand access to, and education about, voter registration and election information, and to combat misinformation, in order to enable all eligible Americans to participate in our democracy."

The DPC and WHCO will convene an Interagency Policy Committee (IPC) meeting on **Friday, April 9 from 10:30 – 11:30 AM ET** to kick-off our collective work to implement the EO. To ensure a productive meeting, please identify your agency's staff lead at the Assistant Secretary or DAS level responsible for coordinating the implementation of the EO and provide your written responses to the questions listed below to Devontae Freeland (b) (6)
by **Wednesday, April 7 at 5:00 PM ET.** The meeting will be facilitated by Justin Vail, Special Assistant to the President for Democracy and Civic Participation, Domestic Policy Council (b) (6)    and Larry Schwartztol, Associate White House Counsel and Special Assistant to the President, White House Counsel's Office
(b) (6)

Please note that the questions below, and the topics we plan to cover in this meeting, relate to provisions of the EO applicable to all agencies. Several provisions of the EO designate specific agencies with additional duties, and we will follow up directly those agencies to discuss implementation of those provisions.



**AGENDA  Friday, April 9 from 10:30 – 11:30 AM**

**App. 019**

**Read-Aheads:**

(b) (5) DPP

**Agenda:**

(b) (5) DPP

**Guest list:**
Requested participants: DPC, WHCO, all federal agencies.

**Zoom link (to be sent in a calendar invite):** (b) (6)

**Stephonn Alcorn**
Special Assistant to the Domestic Policy Council

(b) (6)

Obtained by Heritage Foundation Oversight Project

App. 020

| From: | Karlan, Pamela (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D32FED4491146DD953FAABAFCEBB5D0-PAKARLAN] |
| Sent: | 4/19/2021 2:42:56 PM |
| To: | Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| CC: | Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren] |
| Subject: | RE: Interagency Policy Committee Meeting on Implementation of the Promoting Access to Voting Executive Order |
| Attachments: | CRT memo on IPC to Implement Voting EO.docx |

Dear Alberto,

I am attaching a draft from Chris (in red) and me (in blue) of answers to Larry's questions. (b) (5) DPP
(b) (5) DPP
(b) (5) DPP Let us know how we can be helpful.

Pam

Duplicative Material

Duplicative Material





| | |
|---|---|
| **From:** | Karlan, Pamela (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D32FED4491146DD953FAABAFCEBB5D0-PAKARLAN] |
| **Sent:** | 5/5/2021 3:12:22 PM |
| **To:** | Robins, Jennifer (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=0ebde2539ec14ecfa2c7a62b058743fd-jbronson] |
| **Subject:** | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Dear Jen,

No need to apologize at all. (b) (6)

Take care,

Pam

**From:** Robins, Jennifer (CRT)
**Sent:** Wednesday, May 5, 2021 10:46 AM
**To:** Karlan, Pamela (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Pam,

I totally understand, and appreciate you keeping me in mind for future work. I look forward to helping next time. And again, apologies for the inconvenience.

Best,

Jennifer Robins
(b) (6)

**From:** Karlan, Pamela (CRT)
**Sent:** Wednesday, May 5, 2021 10:44 AM
**To:** Robins, Jennifer (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Jen,

Under the circumstances, I think I should designate someone else.  But I want to be sure that you get some of the voting work that's less time sensitive, since it's very interesting.

Take care,

Pam

**From:** Robins, Jennifer (CRT)
**Sent:** Monday, May 3, 2021 8:25 PM
**To:** Karlan, Pamela (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Pam,

Obtained by Heritage Foundation Oversight Project

App. 026

I'd be more than happy to help with this and generally have bandwidth. But I want to flag that (b) (6)

(b) (6)

I would love to contribute to this work, but defer to you whether it still makes sense given my potential unavailability in the upcoming weeks. So sorry for the inconvenience.

Best,

Jennifer Robins
(b) (6)

**From:** Karlan, Pamela (CRT)
**Sent:** Monday, May 3, 2021 7:38 PM
**To:** Robins, Jennifer (CRT) (b) (6)
**Subject:** FW: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Jen,

Are you available to do this?  I think starting next week, when Hillary returns to VOT, you're our designated voting person.  But if you're jammed, let me know and I can search for someone else.

Take care,

Pam

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Monday, May 3, 2021 7:16 PM
**To:** Karlan, Pamela (CRT) (b) (6)
**Subject:** FW: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Pam,
I was finally able to confirm with Leadership Offices that having a counsel in the CRT Front Office serve as the DOJ POC for this EO works.  Once you tell me which counsel you have chosen, I can forward to that person the invite to the meeting below and include them on our meetings with BOP/USMS.  The selected POC will be responsible for developing the draft interim report (the template for which is attached), which is due to DPC on June 15; OASG should see a draft of the report by June 8.  Does that work for you?

Thanks so much!

**From:** Freeland, Devontae EOP/WHO (b) (6)
**Sent:** Monday, May 3, 2021 4:30 PM
**To:** Kumar.Chandran@(b) (6)  Akhil.Rajan@(b) (6)  qpalfrey1@(b) (6)  Register, Jeffrey R SES DODHRA HQ (USA) (b) (6)  jessica.Cardichon@(b) (6)  Lee, Nicholas (b) (6)  shalanda.baker@(b) (6)  Rachel.Pryor@(b) (6)  Elly.H.Kugler@(b) (6)  katherine.culliton-gonzalez@(b) (6)  Geoffrey.Hale@(b) (6)  bryan_newland@(b) (6)  Personius, Anita (b) (6)  ; Pride Jr, Theron P. (OASG) (b) (6)  Ruisanchez, Alberto (OASG) (b) (6)  Hanks, Angela - OSEC (b) (6)  orton.josh.m@(b) (6)  Myers, Shane I (b) (6)  Meeks, Jason P (b) (6)  Norton, Bradley (b) (6)  christopher.coes@(b) (6)  Trevor.Norris@(b) (6)  Melissa.Bryant6@(b) (6)  Cassady, Alison (b) (6)  jacky.chang@(b) (6)  dave.zvenyach@(b) (6)  Thompson, Jamila EOP/USTR (b) (6)  Julie.verratti@(b) (6)  Victor.Parker@(b) (6)  Bogle,

Obtained by America First Legal Foundation Oversight Project

**App. 027**

Darlynda (b) (6)                          bleavitt (b) (6)
**Cc:** Levitt, Justin M. EOP/WHO (b) (6)                      ; Vail, Justin W. EOP/WHO
(b) (6)                      Schwartztol, Larry M. EOP/WHO (b) (6)                          ;
**Subject:** Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Colleagues,

Thank you for your efforts so far in planning implementation of the President's Executive Order on Promoting Access to Voting.  We are grateful for the ambitious and creative ideas that agencies across the government have already begun to develop in order to advance the EO's mandate to expand access to voter registration and political participation.

As discussed at the April 9 interagency meeting that your agencies participated in, in advance of the strategic plans due to the Assistant to the President for Domestic Policy on September 23, 2021, **we are asking agencies to submit to DPC an interim report no later than June 15, 2021**.  To facilitate that process, the Domestic Policy Council and White House Counsel's Office have developed a template for those reports, which is attached.  **We are also asking agency contacts to participate in a second Interagency Policy Committee meeting on May 21, 2021, from 2:00-3:30 pm EDT.**  The purpose of that meeting will be to support development of the interim reports, help coordinate feedback from external stakeholders, and share strategies for implementing a whole-of-government presidential priority.  An agenda for that meeting will follow.

A Zoom link for that meeting will be sent via calendar invite, and is also available here:
(b) (6)                                                    Please email me
(b) (6)                                **no later than May 14, 2021,** to confirm attendance and identify agency participants in that meeting.

We look forward to continue working with all of you, and to discussing next steps at the May 21 meeting.  If you have questions in the meantime, please contact Justin Vail (b) (6)                    ) or Justin Levitt
(b) (6)                      at the Domestic Policy Council or Larry Schwartztol (b) (6)
from the White House Counsel's Office.

Thank you.

**Devontae Freeland** (*he/him/his*)
Special Assistant to the Deputy Counsels | White House Counsel's Office

Obtained by Heritage Foundation Oversight Project

**App. 028**

| | |
|---|---|
| **From:** | Karlan, Pamela (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D32FED4491146DD953FAABAFCEBB5D0-PAKARLAN] |
| **Sent:** | 7/9/2021 10:02:45 PM |
| **To:** | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| **CC:** | Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren] |
| **Subject:** | RE: RE: Voting EO meeting |

Dear Carrie,

Thanks for looking at this. I wonder whether (b) (5)                                      . And
my concern is that these materials may become quickly out of date in any event.

Maybe the three of us can talk sometime next week about what options to offer Eric.

Take care,

Pam

**From:** Pagnucco, Carrie (CRT)
**Sent:** Friday, July 9, 2021 5:18 PM
**To:** Karlan, Pamela (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) - (b) (6)
**Subject:** RE: Voting EO meeting

Hi Pam,

I looked at the (b) (5) DPP

(b) (5) DPP

**App. 029**



I'm happy to dig more into any of this if it would be helpful – please let me know what you think.

Thanks,
Carrie

-----Original Message-----
From: Karlan, Pamela (CRT)
Sent: Friday, July 9, 2021 10:21 AM
To: Pagnucco, Carrie (CRT) (b) (6)
Cc: Herren, Chris (CRT) (b) (6)
Subject: FW: Voting EO meeting

Dear Carrie,

Could you take a look at the (b) (5) DPP
(b) (5) DPP

Many thanks,

Pam

-----Original Message-----
From: Nguyen, Eric (ODAG)
Sent: Thursday, July 8, 2021 11:42 PM
To: Karlan, Pamela (CRT) (b)(6)                    Ruisanchez, Alberto (OASG) (b) (6)
Braverman, Adam L. (ODAG) (b) (6)                    Braden, Myesha (ODAG) (b) (6)
Herren, Chris (CRT) (b) (6)            Pagnucco, Carrie (CRT) (b) (6)
Subject: RE: Voting EO meeting

Hi Pam,

**App. 030**

Thanks for this. We would welcome CRT's help in tracking down good resources. (b) (5) DPP

# (b) (5) DPP

-Eric

-----Original Message-----
From: Karlan, Pamela (CRT) (b) (6)
Sent: Friday, July 2, 2021 3:36 PM
To: Nguyen, Eric (ODAG) (b) (6)          Ruisanchez, Alberto (OASG) (b) (6)
Braverman, Adam L. (ODAG) (b) (6)          Braden, Myesha (ODAG) (b) (6)
Herren, Chris (CRT) (b) (6)          Pagnucco, Carrie (CRT) (b) (6)
Subject: RE: Voting EO meeting

Dear Eric,

## (b) (5) DPP

(b) (5) DPP                                                      Let us know if
CRT can be helpful in finding stuff.

Take care,

Pam

-----Original Message-----
From: Nguyen, Eric (ODAG)
Sent: Friday, July 2, 2021 3:30 PM
To: Ruisanchez, Alberto (OASG) (b) (6)          Braverman, Adam L. (ODAG)
(b) (6)                    Karlan, Pamela (CRT) (b) (6)          Braden, Myesha (ODAG)
(b) (6)                    Herren, Chris (CRT) (b) (6)          Pagnucco, Carrie (CRT)
(b) (6)
Subject: RE: Voting EO meeting

To this DOJ-only group: Are there good resources on (b) (5) DPP
(b) (5) DPP

-----Original Message-----
From: Ruisanchez, Alberto (OASG) (b) (6)
Sent: Sunday, June 27, 2021 11:04 PM
To: Braverman, Adam L. (ODAG) (b) (6)          Nguyen, Eric (ODAG) (b) (6)
Karlan, Pamela (CRT) (b) (6)          Braden, Myesha (ODAG) (b) (6)          Herren,
Chris (CRT) (b) (6)                    Pagnucco, Carrie (CRT) (b) (6)
Subject: RE: Voting EO meeting

Based on your calendars, 12:00 to 12:30 p.m. and 3:00 to 3:30 p.m. on Friday appear open. Please let me know if that's not the case by noon tomorrow.

Thanks.

P.0019

App. 031



-----Original Message-----
From: Schwartztol, Larry M. EOP/WHO (b) (6)
Sent: Sunday, June 27, 2021 10:55 PM
To: Ruisanchez, Alberto (OASG) (b) (6)                    Braverman, Adam L. (ODAG)
(b) (6)                  Nguyen, Eric (ODAG) (b) (6)                    Karlan, Pamela (CRT)
(b) (6)            Braden, Myesha (ODAG) (b) (6)                  Herren, Chris (CRT)
(b) (6)
Cc: Freeland, Devontae A. EOP/WHO (b) (6)                        ; Vail, Justin W. EOP/WHO
(b) (6)
Subject: Voting EO meeting

Hi,

With apologies, I need to ask to reschedule this week's meeting. Are there times that would work for the DOJ team Thursday or Friday?

Many thanks.

Best

Larry


Carrie Pagnucco
Senior Counsel
Office of the Assistant Attorney General
Civil Rights Division, U.S. Department of Justice

(b) (6)

Pronouns: she/her/hers

Obtained by Heritage Foundation Oversight Project

App. 032

**From:** Karlan, Pamela (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=1D32FED4491146DD953FAABAFCEBB5D0-PAKARLAN]
**Sent:** 3/2/2021 2:04:08 PM
**To:** Colangelo, Matthew (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=129e9b7717ee418b9b8568ad20e4c265-Colangelo,]
**Subject:** Re: Time-Sensitive Review (by 3pm 2/28), Voting Access EO (Predecisional; Do Not Disclose)

An earlier version did.  But nothing on Monday.

Sent from my iPhone

On Mar 1, 2021, at 6:50 PM, Colangelo, Matthew (OASG) (b) (6) wrote:

I assume this came to you but FYI if not

**From:** Sooknanan, Sparkle (OASG) (b) (6)
**Sent:** Monday, March 1, 2021 8:54 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6) Colangelo, Matthew (OASG)
(b) (6)
**Subject:** FW: Time-Sensitive Review (by 3pm 2/28), Voting Access EO (Predecisional; Do Not Disclose)

**From:** MBX OMB Executive Orders (b) (6)
**Sent:** Monday, March 1, 2021 8:45 PM
**To:** MBX OMB Executive Orders (b) (6)
**Cc:** Bagenstos, Samuel R. EOP/OMB (b) (6) Morse, Jodie T. EOP/OMB
(b) (6) Garg, Arpit K. EOP/OMB (b) (6) Walsh,
Heather V. EOP/OMB < (b) (6) ; Upadhyaya, Shraddha A. EOP/OMB
(b) (6) ; Amos, Michaela J. EOP/OMB
(b) (6)
**Subject:** RE: Time-Sensitive Review (by 3pm 2/28), Voting Access EO (Predecisional; Do Not Disclose)

Dear all,

Thank you all so much for the edits and comments, of which the vast majority were accepted.  As to the
edits that were not taken, we will endeavor to write back briefly explaining why.
Attached is a revised draft of the EO.  If any agency objects to the President signing the EO as revised,
please let us know immediately.

Best,
Arpit

**From:** MBX OMB Executive Orders
**Sent:** Thursday, February 25, 2021 4:48 PM
**To:** MBX OMB Executive Orders (b) (6)
**Cc:** Bagenstos, Samuel R. EOP/OMB (b) (6) Morse, Jodie T. EOP/OMB
(b) (6) Garg, Arpit K. EOP/OMB (b) (6) Walsh,
Heather V. EOP/OMB < (b) (6) Upadhyaya, Shraddha A. EOP/OMB

Obtained by House Foundation Oversight Project

**App. 033**

(b) (6) ████████  Amos, Michaela J. EOP/OMB
(b) (6) ████████████████

**Subject:** Time-Sensitive Review (by 3pm 2/28), Voting Access EO (Predecisional; Do Not Disclose)

Dear Colleagues,

I am writing to request your agency's review of the attached proposed Executive Order titled "Promoting Access to Voting." A circulation list is also attached.

We are requesting your review of this draft **no later than 3pm on Sunday, February 28th**. Apologies again for the truncated review period, but we are currently anticipating an expedited issuance. If those plans change, we may be able to provide additional time for comment.

Please provide your comments, edits, and any questions to the OMB Executive Order email address at (b) (6) ████████████████████ or simply reply to this email by the time specified above. If you do not have any comments, please let us know that also.

Best,
Arpit

Arpit Garg
Associate Deputy General Counsel
Office of Management and Budget

(b) (6)

<Draft EO on Promoting Access to Voting -- draft 03.01.2021 8pm clean.pdf>

App. 034

**From:** Stuard, Makenzie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=50EBF0EC1D3346079B98EA58EB385EDB-MSTUARD]

**Sent:** 5/17/2021 2:34:09 AM

**To:** Policy, CRT (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=28faf9790ad44462871c50c2a0335534-_MB_CRTPOLI]

**CC:** Bond, Rebecca (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=dfc2a6f3ca6a4c40a545243dfe69eca7-rbond]; Galindo-Walsh, Christina (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=c286574b7f8148dbac63f526dbc1cecc-cgalindo]; Kirkendall, Roberta (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=8e6b56ddb95e41ca9f1aff6556c2fd0f-rkirkend]; Wolfe, Kathleen (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=91b7ef1dbea9479b8cfbe4434bc6aa86-kwolfe]; Young, Anna (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=1a62a827b3a047e3af827262ae53b2db-anyoung]; Herren, Chris (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren]; Wertz, Rebecca J (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=ecc0985ac41b4919835f96d4b4d3a274-bwertz]; Foran, Sheila (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=58890c03141e4519b3c1bbe2b390ad77-sforan]; Stevens, Karen L (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=5a9c89af5c4a40a6b5b6e34a8d0e17ee-kstevens]; Simons, Shaheena (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=edc88af4ce3842acac0c9d36322a43d9-ssimons]; Valderrama, Hillary (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=7af4c881609543959862b1f392b69dfe-hivalder]; Johnson, Elizabeth (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=2292132981104a6089b55153f58a96e3-ejohnson]

**Subject:** Re: Section Review (DUE 5/17@11AM): INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 –
XR NIST RFI on Promoting Access to Voting (implements EO 14019)

DRS has no comment. Thank you!

Best,

Makenzie

On May 14, 2021, at 2:40 PM, Policy, CRT (CRT) (b) (6)                    wrote:

DRS and VOT –

Please find attached, for your review, a NIST RFI on Promoting Access to Voting.  For your convenience,
OLP also attached a copy of EO 14019.

**Summary:** As directed by (b) (5) DPP



**App. 035**

**Deadline and format**: Please provide comments in redline to POL **by 11:00 a.m. on Monday, May 17th.**

Thank you,
Josh

Joshua Douglas
Legislative and Policy Analyst
Policy and Strategy Section
Civil Rights Division, U.S. Department of Justice
150 M Street, NE
Washington, D.C. 20002
**(b) (6)**

**From:** Hinchman, Robert (OLP)
**Sent:** Friday, May 14, 2021 3:04 PM
**To:** policy, civil (CIV) **(b) (6)**          Policy, CRT (CRT) **(b) (6)**          Foran, Sheila
(CRT) **(b) (6)**
**Cc:** Colangelo, Matthew (OASG) **(b) (6)**          Gormsen, Eric T (OLP)
**(b) (6)**          Hyun, Peter (OASG) **(b) (6)**          Jones, Kevin R (OLP)
**(b) (6)**          Noll, Andrew (ODAG) **(b) (6)**          ; OLPREGS (SMO)
**(b) (6)**          Sooknanan, Sparkle (OASG) **(b) (6)**          ; Wilson,
Ashley (OASG) **(b) (6)**          Thompson, Karl (ODAG) **(b) (6)**
Braden, Myesha (ODAG) **(b) (6)**          Visser, Tim (OAG) **(b) (6)**
Davies, Susan M. (OLP) **(b) (6)**          Ruisanchez, Alberto (OASG)
**(b) (6)**
**Subject:** INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on
Promoting Access to Voting (implements EO 14019)

TO:   CIV - Michael Baer, Dennis Fan, Policy Mailbox
       CRT - Sheila Foran, Policy Mailbox

cc:    OAG - Tim Visser
       ODAG - Andrew Noll, Karl Thompson, Myesha Braden
       OASG - Peter Hyun, Sparkle Sooknanan, Matthew Colangelo, Ashley Wilson, Alberto Ruisanchez
       OLP - Kevin R. Jones, Susan Davies, Susan Inman, Eric Gormsen, OLP Regs

In order to meet OMB's deadline of COB, Wed. May 19, and allow 48 hours for review by the Leadership
Offices, would you please send me any comments you have on the attached NIST RFI on Promoting
Access to Voting **by 5:00 P.M. MONDAY, MAY 17.**

As directed by **(b) (5) DPP**



For your convenience, I've also attached a copy of EO 14019.

Thanks.

**App. 036**

Bob



**From:** "Seehra, Jasmeet K. EOP/OMB" **(b) (6)**
**Date:** May 13, 2021 at 6:33:10 PM EDT
**To:** "Hinchman, Robert (OLP)" **(b) (6)**                    "Gormsen, Eric T (OLP)"
**(b) (6)**        jacobs@**(b) (6)**              "Toppings, Patricia L CIV OSD
ODAM (USA)" **(b) (6)**              "Peckham, Yvonne M"
**(b) (6)**              Kottmyer, Alice M" **(b) (6)**          , "DOD Reg
Review Mailbox **(b) (6)**
**(b) (6)**                        DHSOGCRegulations
**(b) (6)**            "Hickman, Stephen D."
**(b) (6)**          , "Stanley, Alexys" **(b) (6)**            "Lipsky,
Faye"**(b) (6)**        OS HHSExecSec **(b) (6)**            DOLRegPolicy
**(b) (6)**      , usdareg@**(b) (6)**      Heidi.Cohen@**(b) (6)**
"Conrey, Martin S." **(b) (6)**                        "Burton,
Vanessa"**(b) (6)**          "Interior Reg Mailbox
**(b) (6)**                                VACO
00REG OMB Requests **(b) (6)**
"Mahaffie, Lynn"**(b) (6)**          "Jones, Kevin R (OLP)"
**(b) (6)**
**Cc:** "Seehra, Jasmeet K. EOP/OMB" **(b) (6)**            "Hunt, Alex T.
EOP/OMB" **(b) (6)**          "Boland, Amira C. EOP/OMB"
**(b) (6)**          "Curtis, Tyler T. EOP/OMB"
**(b) (6)**          "Nye, Joseph B. EOP/OMB"

## (b) (6)
Clark, Michael C. EOP/OMB"
"Turner, Austin F. EOP/OMB"
, "Burris, Jordan C. EOP/OMB"

**Subject: For Comment by COB on May 19th -- NIST RFI on Promoting Access to Voting
(implements EO 14019) (XRIN 0693-XC109)**

Please see the attached file for a Request for Information titled *Promoting
Access to Voting*.  As directed by **(b) (5) DPP**



If I do not hear from you by COB on the 19th I will assume your agency clears with
no comment.

Thank you.

**App. 037**

<RFI-Voting Accessibility_v5.docx>
<EO 14019 - Access to Voting - 2021_03_07 - 86 FR 13623.pdf>

Obtained by Heritage Foundation Oversight Project

**App. 038**

| From: | Policy, CRT (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=28FAF9790AD44462871C50C2A0335534-_MB_CRTPOLI] |
| Sent: | 5/17/2021 7:19:52 PM |
| To: | Hinchman, Robert (OLP) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=6daa69d9cf184d4a80e2716c3a1adf13-rhinchman] |
| CC: | Policy, CRT (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=28faf9790ad44462871c50c2a0335534-_MB_CRTPOLI]; Simons, Shaheena |
| | (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=edc88af4ce3842acac0c9d36322a43d9-ssimons]; Valderrama, Hillary (CRT) |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=7af4c881609543959862b1f392b69dfe-hivalder] |
| Subject: | RE: INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on Promoting Access to |
| | Voting (implements EO 14019) |

Bob,

No comments from CRT on the NIST RFI on Promoting Access to Voting.

Angela

Angela E. Washington (she/her/hers)
Legislative & Policy Analyst
Policy & Strategy Section
U.S. Department of Justice – Civil Rights Division

**(b) (6)**

**Duplicative Material**

Duplicative Material

Duplicative Material

**From:** Policy, CRT (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=28FAF9790AD44462871C50C2A0335534-_MB_CRTPOLI]

**Sent:** 5/14/2021 7:40:38 PM

**To:** Bond, Rebecca (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=dfc2a6f3ca6a4c40a545243dfe69eca7-rbond]; Galindo-Walsh, Christina (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=c286574b7f8148dbac63f526dbc1cecc-cgalindo]; Kirkendall, Roberta (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=8e6b56ddb95e41ca9f1aff6556c2fd0f-rkirkend]; Stuard, Makenzie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=50ebf0ec1d3346079b98ea58eb385edb-mstuard]; Wolfe, Kathleen (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=91b7ef1dbea9479b8cfbe4434bc6aa86-kwolfe]; Young, Anna (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1a62a827b3a047e3af827262ae53b2db-anyoung]; Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren]; Wertz, Rebecca J (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=ecc0985ac41b4919835f96d4b4d3a274-bwertz]

**CC:** Policy, CRT (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=28faf9790ad44462871c50c2a0335534-_MB_CRTPOLI]; Foran, Sheila (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=58890c03141e4519b3c1bbe2b390ad77-sforan]; Stevens, Karen L (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5a9c89af5c4a40a6b5b6e34a8d0e17ee-kstevens]; Simons, Shaheena (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edc88af4ce3842acac0c9d36322a43d9-ssimons]; Valderrama, Hillary (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7af4c881609543959862b1f392b69dfe-hivalder]

**Subject:** Section Review (DUE 5/17@11AM): INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on Promoting Access to Voting (implements EO 14019)

**Attachments:** RFI-Voting Accessibility_v5.docx; EO 14019 - Access to Voting - 2021_03_07 - 86 FR 13623.pdf

DRS and VOT –

Please find attached, for your review, a NIST RFI on Promoting Access to Voting. For your convenience, OLP also attached a copy of EO 14019.

**Summary**: As directed by (b) (5) DPP

(b) (5) DPP

**Deadline and format**: Please provide comments in redline to POL **by 11:00 a.m. on Monday, May 17th.**

Thank you,
Josh

Joshua Douglas
Legislative and Policy Analyst
Policy and Strategy Section
Civil Rights Division, U.S. Department of Justice
150 M Street, NE

**App. 042**

Washington, D.C. 20002



Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Valderrama, Hillary (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=7AF4C881609543959862B1F392B69DFE-HIVALDER] |
| **Sent:** | 5/17/2021 7:18:11 PM |
| **To:** | Policy, CRT (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=28faf9790ad44462871c50c2a0335534-_MB_CRTPOLI] |
| **CC:** | Coles, Michelle (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5d8397bcc8df4ea2a6c2378be249789d-micoles]; Foran, Sheila (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=58890c03141e4519b3c1bbe2b390ad77-sforan]; Simons, Shaheena (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=edc88af4ce3842acac0c9d36322a43d9-ssimons] |
| **Subject:** | RE: FO Follow Up: Section Review (DUE 5/17@11AM): INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on Promoting Access to Voting (implements EO 14019) |

Good afternoon,

We can "no comment" this.

Thank you!
Hillary

**From:** Policy, CRT (CRT)
**Sent:** Monday, May 17, 2021 3:17 PM
**To:** Simons, Shaheena (CRT) (b) (6)              ; Valderrama, Hillary (CRT) (b) (6)
**Cc:** Policy, CRT (CRT) (b) (6)            ; Coles, Michelle (CRT) (b) (6)              ; Foran, Sheila (CRT) (b) (6)
**Subject:** FO Follow Up: Section Review (DUE 5/17@11AM): INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on Promoting Access to Voting (implements EO 14019)

Hillary and Shaheena,

Confirming that we did not receive comments on the attached NIST RFI on Promoting Access to Voting.  Comments are due by **5:00 p.m., today**.

Angela

**From:** Policy, CRT (CRT)
**Sent:** Friday, May 14, 2021 3:41 PM
**To:** Bond, Rebecca (CRT) (b) (6)              ; Galindo-Walsh, Christina (CRT) (b) (6)              ; (b) (6)              ; Kirkendall, Roberta (CRT) (b) (6)              ; Stuard, Makenzie (CRT) (b) (6)              ; Wolfe, Kathleen (CRT) (b) (6)              ; Young, Anna (CRT) (b) (6)              ; Herren, Chris (CRT) (b) (6)              ; Wertz, Rebecca J (CRT) (b) (6)
**Cc:** Policy, CRT (CRT) (b) (6)              ; Foran, Sheila (CRT) (b) (6)              ; Stevens, Karen L (CRT) (b) (6)              ; Simons, Shaheena (CRT) (b) (6)              ; Valderrama, Hillary (CRT) (b) (6)
**Subject:** Section Review (DUE 5/17@11AM): INITIAL CIRCULATION (XRIN 0693-XC109) - DUE TO OLP COB MON. MAY 17 - XR NIST RFI on Promoting Access to Voting (implements EO 14019)

DRS and VOT —

**App. 045**

Please find attached, for your review, a NIST RFI on Promoting Access to Voting. For your convenience, OLP also attached a copy of EO 14019.

**Summary**: As directed by (b) (5) DPP



**Deadline and format**: Please provide comments in redline to POL **by 11:00 a.m. on Monday, May 17th.**

Thank you,
Josh

Joshua Douglas
Legislative and Policy Analyst
Policy and Strategy Section
Civil Rights Division, U.S. Department of Justice
150 M Street, NE
Washington, D.C. 20002

(b) (6)

Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,] |
| **Sent:** | 4/2/2021 3:39:17 PM |
| **To:** | Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan] |
| **Subject:** | RE: EO to Promote Voting Access |

Let me follow up with Larry.  Thanks.

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Friday, April 2, 2021 11:38 AM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO to Promote Voting Access

Dear Alberto,

I got the WHCO invitation for Monday.  Chris wasn't on the invitation list.  Can I – or should you? – ask Larry whether Chris should be there?

Pam

**From:** Karlan, Pamela (CRT)
**Sent:** Thursday, April 1, 2021 3:29 PM
**To:** Braverman, Adam L. (ODAG) (b) (6) ; Nguyen, Eric (ODAG) (b) (6) Braden, Myesha (ODAG) (b) (6) ; Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO to Promote Voting Access

After 4:30 works for me.  Before that, I have a series of meetings I would have to reschedule.  But it's not clear to me that CRT is crucial to this meeting.  And if we are, I'd like to check with Chris Herren, the Voting section chief, about his availability.

# Duplicative Material

Duplicative Material

| From: | Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,] |
|---|---|
| Sent: | 4/2/2021 4:53:18 PM |
| To: | Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren] |
| CC: | Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan] |
| Subject: | Meeting Invite |

Chris,

I'll be sending you and Pam shortly an invite from the White House to discuss the issue below on Monday at 4:30 p.m.  The White House wants CRT's input in helping with the implementation piece below.

Thanks so much.

Duplicative Material

Obtained by ... ight Project

**App. 050**

| | |
|---|---|
| **From:** | Braden, Myesha (ODAG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=53D04C8BAB9B4152959B556BC7804CE4-BRADEN, MYE] |
| **Sent:** | 4/1/2021 7:37:57 PM |
| **To:** | Schwartztol, Larry M. EOP/WHO (b) (6)                    ]; Nguyen, Eric (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a89457fa0a7d4585b724a42ff86b7a3a-Nguyen, Eri]; Braverman, Adam L. (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e21e801e09b64698bb58eb798f208736-Braverman,]; Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| **CC:** | Vail, Justin W. EOP/WHO (b) (6)                    ]; Conley, Danielle Y. EOP/WHO (b) (6)                    ] |
| **Subject:** | RE: EO to Promote Voting Access |

Plus DOJ Colleagues

Larry,

Monday after 4:30 seems to work well for most of us.

Best,

Myesha

**From:** Braden, Myesha (ODAG)
**Sent:** Thursday, April 1, 2021 11:59 AM
**To:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Cc:** Vail, Justin W. EOP/WHO (b) (6)                    Conley, Danielle Y. EOP/WHO (b) (6)
**Subject:** RE: EO to Promote Voting Access

Hi, Larry.

I'll query my colleagues and get back to you shortly.

Best,

Myesha

Produced by Heritage Foundation Oversight Project

Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
| **Sent:** | 5/5/2021 3:17:34 PM |
| **To:** | Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan] |
| **Subject:** | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Great, thanks, Alberto!  Yes, 2 pm works.

Carrie

 (b) (6)

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Wednesday, May 5, 2021 11:07 AM
**To:** Karlan, Pamela (CRT) (b) (6)                        Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Great.  Thanks so much.  Carrie, I'm going to forward you some invites and materials.  Are you free at 2:00 p.m. to chat so I can give you some background information on this?

Best.

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Wednesday, May 5, 2021 10:45 AM
**To:** Ruisanchez, Alberto (OASG) (b) (6)                        Pagnucco, Carrie (CRT)
(b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Alberto,

Carrie Pagnucco, cc'd here, will be our POC.

Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,] |
| **Sent:** | 5/3/2021 11:56:04 PM |
| **To:** | Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan] |
| **Subject:** | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Sure, no problem.  Thanks!!

**From:** Karlan, Pamela (CRT) (b) (6)
**Sent:** Monday, May 3, 2021 7:39 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Dear Alberto,

I've put out a feeler and will let you know tomorrow.  Does that work?

Pam

Duplicative Material

Duplicative Material

| From: | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
|---|---|
| Sent: | 7/13/2021 8:28:36 PM |
| To: | Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren] |
| CC: | Karlan, Pamela (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan] |
| Subject: | FW: EO 14019 - tribal consultation 7/14? |
| Attachments: | Tribal Voting Rights Tribal Consultation Schedule (002).pdf; July 28_2021_Dear Tribal Leader Letter_Voting Rights Consultations (002).pdf |

Hi Chris,
The updated consultation schedule is attached.
Thanks!

**From:** Goodluck, Tracy L. EOP/WHO - (b) (6)
**Sent:** Tuesday, July 13, 2021 3:53 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO 14019 - tribal consultation 7/14?

Carrie—please share with your colleagues. Thanks! See you on the 28th

Tracy Goodluck
Policy Advisor for Native Affairs
The White House Domestic Policy Council
(b) (6)

Tracy

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 13, 2021 3:42 PM
**To:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO 14019 - tribal consultation 7/14?

No problem at all!  Thanks for the info.  If you have an updated schedule you can share, that would be great so we can update our calendars.  Thanks again!

**From:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Sent:** Tuesday, July 13, 2021 3:35 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** Re: EO 14019 - tribal consultation 7/14?

We canceled and moved these regions to the July 28th date.  I am sorry you did not get my email a couple of days ago.  When I'm back in front of my computer I will forward to you.  Please spread the word to your colleagues.  Thank you for checking in!

App. 057

Tracy

Sent from my iPhone

> On Jul 13, 2021, at 2:54 PM, Pagnucco, Carrie (CRT) (b) (6)                    wrote:
>
> Hi Tracy,
>
> Hope you are well!  I'm writing to ask if a tribal consultation will be happening tomorrow afternoon.  I have a schedule of the consultations that may be outdated, but it lists July 14 from 2-4 pm for the Southern and Eastern regions.  Can you let me know if that is going forward, or has been rescheduled to another time?
>
> Thanks very much!
> Carrie
>
>
> Carrie Pagnucco
> Senior Counsel
> Office of the Assistant Attorney General
> Civil Rights Division, U.S. Department of Justice
> (b) (6)
> Pronouns: she/her/hers

Obtained by Heritage Foundation Oversight Project

App. 058



**THE WHITE HOUSE**
WASHINGTON

## Tribal Consultation Schedule on Native American Voting Rights

**What:** Best Practices and Strategies of Protecting the Native American Vote

**Purpose:** On March 7, 2021, the President issued an Executive Order on Promoting Access to Voting. The EO established an Interagency Steering Group on Native American Voting Rights (Steering Group). The charge of the Steering Group includes studying best practices for protecting voting rights of Native Americans and producing a report within 1 year of the date of this order outlining recommendations for providing such protection, consistent with applicable law. The Steering Group will engage in meaningful and robust consultation with Tribal Nations and Native leaders during this process and will include tribal recommendations in this report.

- **Southwest, Western and Navajo Regions**
  - o   Date: Wednesday, June 2, 2021
  - o   Time: 2:00PM-4:00PM ET / 11:00AM-1:00PM PT / 12:00PM-2:00PM MT
  - o   Format: Zoom Webinar

- **Pacific, Northwest Regions**
  - o   Date: Wednesday, June 16, 2021
  - o   Time: 2:00PM-4:00PM ET / 11:00AM-1:00PM PT / 12:00PM-2:00PM MT
  - o   Format: Zoom Webinar

- **Rocky Mountain Region, Eastern Oklahoma, Eastern, and Midwest Regions**
  - o   Date: Wednesday, July 28, 2021(Tentative)
  - o   Time: 2:00PM-4:00PM ET / 12:00PM-2:00PM MT
  - o   Format: Zoom Webinar

- **Southern Plains Region**
  - o   Date: Wednesday, August 18, 2021 (Tentative)
  - o   Time: 2:00PM-4:00PM ET / 1:00PM-3:00PM CT
  - o   Format: Zoom Webinar

- **Great Plains Region**
  - o   Date: Wednesday, September 29, 2021 (Tentative)
  - o   Time: 2:00PM-4:00PM ET / 1:00PM-3:00PM CT
  - o   Format: Zoom Webinar

Obtained by the Heritage Foundation Oversight Project

App. 059

- **Hawaii**
  - Date: Wednesday, October 6, 2021 (Tentative)
  - Time: TBD
  - Format: TBD

- **Alaska**
  - Date: October 21-23, 2021 (Tentative)
  - Time: TBD
  - Format: Zoom or In-person during the Alaska Federation of Natives Convention

**App. 060**



**THE WHITE HOUSE**
WASHINGTON

Dear Tribal Leader,

On March 7, 2021, President Biden issued an Executive Order on Promoting Access to Voting. Included in the Order is the establishment of a Native American Voting Rights Steering Group. The Steering Group, led by the Domestic Policy Council, is charged with studying best practices for protecting voting rights of Native Americans and producing a report within one year. The Order also stipulates that the Steering Group will engage in meaningful and robust consultation with Tribal Nations and Native leaders to inform the Steering Group regarding concerns and potential areas of focus for the report. The Steering Group will be making recommendations to increase voter outreach, education, registration and turnout in Native communities, as well as issues such as access to voting, increasing access to election-related materials and information in native languages, and mitigation of barriers to voting, to name a few.

Tribal input is critical in this effort. Therefore, the Steering Group will be engaging in several consultations across the country, both virtually and in-person, as allowable, over the coming months. Please see the attached schedule of the proposed consultations and a framing paper describing the information we are seeking.

The Steering Committee will be rescheduling the July 14th Tribal Consultation with the Southern and Eastern Regions and holding the next consultation on July 28th from 2:00-4:00PM with the Rocky Mountain, Eastern Oklahoma, Eastern, and Midwest Regions. If you are unable to make the dates and time for your region you are always welcome to attend any session that works best for you. The remainder of the consultations are tentative at this time and we will send information confirming those dates soon.

You can register for the July 28th session by clicking the following link HERE. Registration will be unique to you and nontransferable. Also attached is the revised schedule, agenda and framing paper.

Please reach out to Tracy Goodluck (b) (6) ████████████ with any questions.

Sincerely,

Libby Washburn
Special Assistant to the President for Tribal Affairs
Domestic Policy Council

**App. 061**

Enclosure:
Consultation Schedule
Agenda
Framing Paper

**From:** Nguyen, Eric (ODAG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A89457FA0A7D4585B724A42FF86B7A3A-NGUYEN, ERI]
**Sent:** 7/26/2021 4:29:13 PM
**To:** Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Karlan, Pamela (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Braverman, Adam L.
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e21e801e09b64698bb58eb798f208736-Braverman,]; Braden, Myesha
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=53d04c8bab9b4152959b556bc7804ce4-Braden, Mye]; Herren, Chris (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren]; Robertson, Ashley E.
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=5e47f650ec0e4aee9c708f48c6f075b0-Robertson,]; Grogg, Adam (OASG)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3cf53023b8a4d4a9c93370b91fcc686-Grogg, Adam]
**Subject:** RE: Voting EO meeting
**Attachments:** Meeting with voting rights advocates - 7.13.2021 clean.docx

Hi Carrie.  + Ashley and Adam here too, and dropping Alberto.  (b) (5) DPP

(b) (5) DPP

-Eric

-----Original Message-----
From: Pagnucco, Carrie (CRT) (b) (6)
Sent: Friday, July 16, 2021 9:14 AM
To: Nguyen, Eric (ODAG) (b) (6)                    Karlan, Pamela (CRT) (b) (6)
Ruisanchez, Alberto (OASG) (b) (6)                ; Braverman, Adam L. (ODAG)
(b) (6)                    Braden, Myesha (ODAG) ; (b) (6)          Herren, Chris (CRT)
(b) (6)
Subject: RE: Voting EO meeting

Hi Eric,

I think your sense of the information to provide is right.  (b) (5) DPP

(b) (5) DPP

(b) (5) DPP

Thanks,
Carrie

-----Original Message-----
From: Nguyen, Eric (ODAG)
Sent: Thursday, July 8, 2021 11:42 PM
To: Karlan, Pamela (CRT) (b) (6)                    Ruisanchez, Alberto (OASG)
(b) (6) (b) (6)        ; Braverman, Adam L. (ODAG) (b) (6)              Braden, Myesha
(ODAG) (b) (6)          ; Herren, Chris (CRT) (b) (6)                Pagnucco, Carrie (CRT)
(b) (6)
Subject: RE: Voting EO meeting

Hi Pam,

App. 063

Thanks for this.  We would welcome CRT's help in tracking down good resources. (b) (5)

-Eric

-----Original Message-----
From: Karlan, Pamela (CRT) (b) (6)
Sent: Friday, July 2, 2021 3:36 PM
To: Nguyen, Eric (ODAG) (b)(6)                        ; Ruisanchez, Alberto (OASG)
(b) (6)               ; Braverman, Adam L. (ODAG) (b) (6)              ; Braden, Myesha
(ODAG) (b) (6)              ; Herren, Chris (CRT) (b)(6)              ; Pagnucco, Carrie (CRT)
(b) (6)
Subject: RE: Voting EO meeting

Dear Eric,

I am sure there are some (b) (5) DPP
(b) (5) DPP
(b) (5) DPP                              Let us know if CRT can be helpful in finding stuff.

Take care,

Pam

-----Original Message-----
From: Nguyen, Eric (ODAG)
Sent: Friday, July 2, 2021 3:30 PM
To: Ruisanchez, Alberto (OASG) (b) (6)              ; Braverman, Adam L. (ODAG)
(b) (6)                 ; Karlan, Pamela (CRT) (b)(6)             ; Braden, Myesha (ODAG)
(b) (6)                 ; Herren, Chris (CRT) (b)(6)              ; Pagnucco, Carrie (CRT)
(b) (6)
Subject: RE: Voting EO meeting

To this DOJ-only group:  Are there good resources on (b) (5)
(b) (5) DPP

-----Original Message-----
From: Ruisanchez, Alberto (OASG) (b) (6)
Sent: Sunday, June 27, 2021 11:04 PM
To: Braverman, Adam L. (ODAG) (b) (6)              ; Nguyen, Eric (ODAG) (b)(6)               ;
Karlan, Pamela (CRT) (b)(6)              ; Braden, Myesha (ODAG) < (b)(6)              ; Herren,
Chris (CRT) (b) (6)              ; Pagnucco, Carrie (CRT) (b) (6)
Subject: RE: Voting EO meeting

Based on your calendars, 12:00 to 12:30 p.m. and 3:00 to 3:30 p.m. on Friday appear open.  Please let me
know if that's not the case by noon tomorrow.

Thanks.

-----Original Message-----
From: Schwartztol, Larry M. EOP/WHO (b) (6)
Sent: Sunday, June 27, 2021 10:55 PM
To: Ruisanchez, Alberto (OASG) (b)(6)               ; Braverman, Adam L. (ODAG)
(b) (6)                 ; Nguyen, Eric (ODAG) (b) (6)             ; Karlan, Pamela (CRT)
(b) (6)                 ; Braden, Myesha (ODAG) < (b) (6)              ; Herren, Chris (CRT)
(b) (6)
Cc: Freeland, Devontae A. EOP/WHO < (b) (6)                          ; Vail, Justin W. EOP/WHO
(b) (6)
Subject: Voting EO meeting

Hi,

With apologies, I need to ask to reschedule this week's meeting. Are there times that would work for the
DOJ team Thursday or Friday?

Many thanks.

Best

Larry

**App. 064**



(b) (5) DPP



(b) (5) DPP



(b) (5) DPP

(b) (5) DPP

(b) (5) DPP



(b) (5) DPP

| | |
|---|---|
| **From:** | Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,] |
| **Sent:** | 5/5/2021 3:24:27 PM |
| **To:** | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |

| | |
|---|---|
| **Subject:** | FW: Promoting Access to Voting EO - Interagency Policy Committee Meeting #2 |
| **Attachments:** | Voting EO Interim Strategic Plan Template 2021.05.03 (final).docx |
| **Location:** | (b) (6) |

| | |
|---|---|
| **Start:** | 5/21/2021 6:00:00 PM |
| **End:** | 5/21/2021 7:30:00 PM |
| **Show Time As:** | Tentative |

-----Original Appointment-----
**From:** Freeland, Devontae EOP/WHO (b) (6)
**Sent:** Monday, May 3, 2021 4:47 PM

# Duplicative Material see p.15

**Subject:** Promoting Access to Voting EO - Interagency Policy Committee Meeting #2
**When:** Friday, May 21, 2021 2:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (b) (6)

Colleagues,

Thank you for your efforts so far in planning implementation of the President's Executive Order on Promoting Access to Voting. We are grateful for the ambitious and creative ideas that agencies across the government have already begun to develop in order to advance the EO's mandate to expand access to voter registration and political participation.

As discussed at the April 9 interagency meeting that your agencies participated in, in advance of the strategic plans due to the Assistant to the President for Domestic Policy on September 23, 2021, **we are asking agencies to submit to DPC an interim report no later than June 15, 2021**. To facilitate that process, the Domestic Policy Council and White House Counsel's Office have developed a template for those reports, which is attached. **We are also asking agency contacts to participate in a second Interagency Policy Committee meeting on May 21, 2021, from 2:00-3:30 pm EDT.** The purpose of that meeting will be to support development of the interim reports, help coordinate feedback from external stakeholders, and share strategies for implementing a whole-of-government presidential priority. An agenda for that meeting will follow.

A Zoom link for that meeting will be sent via calendar invite, and is also available here:
(b) (6) Please email me
(b) (6) **no later than May 14, 2021,** to confirm attendance and identify agency participants
in that meeting.

**App. 075**

Obtained by Heritage Foundation Oversight Project

We look forward to continue working with all of you, and to discussing next steps at the May 21 meeting.  If you have questions in the meantime, please contact Justin Vail **(b) (6)** or Justin Levitt **(b) (6)** at the Domestic Policy Council or Larry Schwartztol **(b) (6)** from the White House Counsel's Office.

Thank you.

**Devontae Freeland** (*he/him/his*)
Special Assistant to the Deputy Counsels | White House Counsel's Office
**(b) (6)**

Hi there,

Devontae Freeland is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

| | |
|---|---|
| One tap mobile: | **(b) (6)** |
| Meeting URL: | (b) (6) |
| Meeting ID: | 160 049 4425 |
| Passcode: | 012766 |

### Join by Telephone

For higher quality, dial a number based on your current location.
Dial:
**(b) (6)**

| | |
|---|---|
| Meeting ID: | (b) (6) |
| Passcode: | (b) (6) |

International numbers

### Join from an H.323/SIP room system

(b) (6)

App. 076

Meeting (b) (6)
ID:
Passcode:(b) (6)
SIP:       (b) (6)
Passcode:(b) (6)

Obtained by Heritage Foundation Oversight Project

**App. 077**

| From: | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
|---|---|
| Sent: | 7/2/2021 8:16:43 PM |
| To: | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| Subject: | Voting EO stakeholder session #2 \| Voting rights advocates roundtable on 7/12 |
| Start: | 7/12/2021 6:00:00 PM |
| End: | 7/12/2021 7:30:00 PM |
| Show Time As: | Busy |

------------

| From: | Freeland, Devontae A. EOP/WHO (b) (6) |
|---|---|
| Sent: | Friday, July 2, 2021 4:15 PM |
| To: | Kumar.Chandran@(b) (6)   Akhil.Rajan(b) (6)   kim.peyser@(b) (6) lisa.carnahan@(b) (6)   jennifer.nist@(b) (6)   jeffrey.r.register.civ@(b) (6) david.e.beirne.civ@(b) (6)   melvin.a.baird.civ@(b) (6) william.r.mansell.civ@(b) (6)   jessica.v.williams.civ@(b) (6) jessica.Cardichon@(b) (6)   nick.lee@(b) (6)   shalanda.baker@(b) (6) narayan.subramanian@(b) (6)   Rachel.Pryor@(b) (6) melanie.rainer@(b) (6)   Josephine.Nguyen@(b) (6)   Elly.H.Kugler(b) (6) Chang.Chiu@(b) (6)   Katherine.culliton-gonzalez@(b) (6) Tara.Matthews@(b) (6)   Carol.Wu@(b) (6)   Bryan_newland@(b) (6) anita.personius@(b) (6)   Ruisanchez, Alberto (OASG); Pagnucco, Carrie (CRT); Hanks.angela@(b) (6)   SwainSmith.Katherine@(b) (6)   orton.josh.m@(b) (6) myerssi@(b) (6)   MeeksJP@(b) (6)   NortonB@(b) (6) laura.schiller@(b) (6)   Christopher.coes@(b) (6)   Trevor.Norris@(b) (6) daniel.brandt@(b) (6)   Melissa.Bryant6@(b) (6)   mharrington@(b) (6) Cassady.alison@(b) (6)   efron.brent@(b) (6)   jacky.chang@(b) (6) dave.zvenyach@(b) (6)   lynn.eisenberg@(b) (6)   Shriver, Robert EOP; david.marsh@(b) (6)   Thompson, Jamila EOP/USTR; Julie.verratti@(b) (6) victor.parker@(b) (6)   darlynda.bogle@(b) (6)   bianca.freeman@(b) (6) scott.frey@(b) (6)   lydia.marshall@(b) (6)   kilolo.kijakazi@(b) (6) adam.gower@(b) (6)   SimonoffMA@(b) (6)   bleavitt@(b) (6) |
| Cc: | Levitt, Justin M. EOP/WHO; Vail, Justin W. EOP/WHO; Schwartztol, Larry M. EOP/WHO |
| Subject: | Voting EO stakeholder session #2 \| Voting rights advocates roundtable on 7/12 |

Colleagues,

Thank you again for your efforts so far in planning implementation of the President's Executive Order on Promoting Access to Voting, and for the interim reports that you have submitted.

Obtained by Heritage's Oversight Project

App. 078

As you know, we're coordinating some input from stakeholders, including what we hope you found to be an informative session yesterday afternoon with state and local election officials.  We've also planned a session for nonpartisan nonprofit organizations engaged in voting rights advocacy to provide their recommendations and thoughts on best practices; we will follow up shortly with an additional session from nonprofit organizations with substantial expertise in reaching out to and engaging particular populations of voters who may be more difficult to reach.  We hope that each of these sessions will provide helpful feedback as you further refine the strategic plans due to the Assistant to the President for Domestic Policy on September 23, 2021.

The session with voting rights advocates will take place on **July 12, from 2:00-3:30pm**.  We've reached out to various umbrella organizations and regular advocates in this space; the organizations attending will focus on different constituencies and have different priorities.  Some are state-level organizations; some have a national program.  As with the election officials, they will have different perspectives.  But they are also all eager to lend their perspectives to better inform your work.

You can access the meeting at this Zoom link (b) (6) the agenda, as with the election officials, will involve a brief introduction to some of their general recommendations, and an opportunity to ask questions.   Please email me (b) (6) **no later than Thursday, July 8,** if you are interested in attending.

We look forward to continue working with all of you.  As always, if you have questions, please contact Justin Vail (b) (6) or Justin Levitt (b) (6) at the Domestic Policy Council or Larry Schwartztol (b) (6) from the White House Counsel's Office.

Best,

**Devontae Freeland** (*he/him/his*)

Special Assistant | White House Counsel's Office

(b) (6)

App. 079

**From:** (b) (6)
**Sent:** 6/17/2021 11:35:08 PM
**To:** Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]
**Subject:** Re: Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf

Yes- that time works great. Thank you!

Sent from my iPhone

On Jun 17, 2021, at 6:31 PM, Ruisanchez, Alberto (OASG) (b) (6)                    wrote:

Thank you for all of your work!  I just sent you a meeting invite for next week (at a time that appeared open on your calendar) to discuss next steps.

Best.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Thursday, June 17, 2021 5:56 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf

Alberto, happy to have submitted our plan and have the deadline behind us!  Thanks for all of your help.
Was hoping we could touch base next week about next steps for implementation?  Let me know if there's a day that would be best for you.
Happy early Juneteenth!
Carrie

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Tuesday, June 15, 2021 6:38 PM
**To:** Freeland, Devontae EOP/WHO - (b) (6)
**Cc:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf

Devontae,
I hope all is well.  Attached please find DOJ's interim strategic plan under EO 14019.

Please let me know if you have any questions or need anything else.

Best,
Alberto Ruisanchez
Office of the Associate Attorney General
U.S. Department of Justice

**App. 080**

**Sent:** 7/16/2021 1:07:09 PM
**To:** Nguyen, Eric (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a89457fa0a7d4585b724a42ff86b7a3a-Nguyen, Eri]; Karlan, Pamela (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=1d32fed4491146dd953faabafcebb5d0-pakarlan]; Ruisanchez, Alberto (OASG)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Braverman, Adam L.
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e21e801e09b64698bb58eb798f208736-Braverman,]; Braden, Myesha
(ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=53d04c8bab9b4152959b556bc7804ce4-Braden, Mye]; Herren, Chris (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren]
**Subject:** RE: Voting EO meeting
**Attachments:** Meeting with voting rights advocates - 7.13.2021 clean.docx

# Duplicative Material

Duplicative Material

(b) (5) DPP

(b) (5) DPP

(b) (5) DPP





(b) (5) DPP

**From:** Freeland, Devontae EOP/WHO (b) (6)
**Sent:** 5/13/2021 9:49:46 PM
**To:** Kumar.Chandran@(b) (6)   Akhil.Rajan@(b) (6)   Register, Jeffrey R SES DODHRA HQ (USA) (b) (6)   jessica.Cardichon@(b) (6)   Lee, Nicholas (b) (6)   kpeyser@(b) (6) shalanda.baker@(b) (6) ; Rachel.Pryor@(b) (6)   Elly.H.Kugler@(b) (6)   katherine.culliton-gonzalez@(b) (6)   Lisa.carnahan@(b) (6)   Jennifer.nist@(b) (6)   david.e.beirne.civ@(b) (6) melvin.a.baird.civ@(b) (6)   william.r.mansell.civ@(b) (6)   jessica.v.williams.civ@(b) (6) Narayan.subramanian@(b) (6)   Chang.chiu@(b) (5)   Carol.wu@(b) (6)   Victor.parker@(b) (5) Scott.frey@(b) (5)   Bianca.freeman@(b) (6)   Geoffrey.Hale@(b) (5)   bryan_newland@(b) (6)   Personius, Anita (b) (6)   Subramanian, Narayan (b) (6)   Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Hanks, Angela - OSEC (b) (6)   orton.josh.m@(b) (6)   Myers, Shane I (b) (6)   Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Meeks, Jason P (b) (6)   Norton, Bradley (b) (6)   christopher.coes@(b) (6) Trevor.Norris@(b) (6)   Melissa.Bryant6@(b) (6)   Cassady, Alison (b) (6) jacky.chang@(b) (6)   dave.zvenyach@(b) (6)   Thompson, Jamila EOP/USTR (b) (6) Julie.verratti@(b) (6)   Victor.Parker@(b) (6)   Bogle, Darlynda (b) (6)   bleavitt@(b) (6) Subramanian, Narayan (b) (6)   david.e.beirne.civ@(b) (6) william.r.mansell@(b) (6)   Williams, Jessica V CIV DODHRA HQ (USA (b) (6)
**CC:** Levitt, Justin M. EOP/WHO (b) (6)   Vail, Justin W. EOP/WHO (b) (6) Schwartztol, Larry M. EOP/WHO (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21
**Attachments:** Voting EO Interim Strategic Plan Template 2021.05.03 (final).docx

All –

Thank you for continuing to send me your RSVPs. Below, please find the agenda for the May 21 interagency meeting. For your convenience, I'm also reattaching the template for the agency interim reports due on June 15.

<u>5/21 Interagency Policy Committee Meeting Agenda:</u>



Best,
Devontae Freeland
(b) (6)

**App. 089**

**From:** Freeland, Devontae EOP/WHO
**Sent:** Wednesday, May 12, 2021 6:17 PM
**To:** 'Kumar.Chandran@(b) (6)    <Kumar.Chandran@(b) (6)    'Akhil.Rajan@(b) (6)    <Akhil.Rajan@(b) (6)
'Register, Jeffrey R SES DODHRA HQ (USA)' (b) (6)    >; 'jessica.Cardichon@(b) (6)
<jessica.Cardichon@(b) (6)  ; 'Lee, Nicholas' <(b) (6)    ; 'kpeyser@(b) (6)    <(b) (6)
'shalanda.baker@(b) (6)    <shalanda.baker@(b) (6)    'Rachel.Pryor@(b) (6)    <Rachel.Pryor@(b) (6)
'Elly.H.Kugler@(b) (6)    <Elly.H.Kugler@(b) (6)  ; 'katherine.culliton-gonzalez@(b) (6)    <katherine.culliton-
gonzalez@(b) (6)    'Geoffrey.Hale@(b) (6)    <Geoffrey.Hale@(b) (6)    ; 'bryan_newland@(b) (6)
<bryan_newland@(b) (6)    ; 'Personius, Anita' (b) (6)    ; Subramanian, Narayan
(b) (6)    ; 'Ruisanchez, Alberto (OASG)' (b) (6)    ; 'Hanks, Angela -
OSEC' (b) (6)    >; 'orton.josh.m@(b) (6)  ' <orton.josh.m@(b) (6)  >; 'Myers, Shane I'
(b) (6)    >; 'carrie.pagnucco@(b) (6)    'Meeks, Jason P'
(b) (6)    ; 'Norton, Bradley' (b) (6)    ; 'christopher.coes@(b) (6)
<christopher.coes@(b) (6)  ; 'Trevor.Norris@(b) (6)    <Trevor.Norris@(b) (6)    'Melissa.Bryant6@(b) (6)
<Melissa.Bryant6@(b) (6)  ; 'Cassady, Alison' (b) (6)    'jacky.chang@(b) (6)
<jacky.chang@(b) (6)  ; 'dave.zvenyach@(b) (6)    <dave.zvenyach@(b) (6)  ; Thompson, Jamila EOP/USTR
(b) (6)    ; 'Julie.verratti@(b) (6)    <Julie.verratti@(b) (6)  >; 'Victor.Parker@(b) (6)
<Victor.Parker@(b) (6)  >; 'Bogle, Darlynda' (b) (6)    >; 'bleavitt@(b) (6)  ' <bleavitt@(b) (6)  ;
Subramanian, Narayan (b) (6)    >; 'david.e.beirne.civ@(b) (6)
<david.e.beirne.civ@(b) (6)  ; 'william.r.mansell@(b) (6)    <william.r.mansell@(b) (6)  >; 'Williams, Jessica V CIV
DODHRA HQ (USA)' (b) (6)
**Cc:** Levitt, Justin M. EOP/WHO (b) (6)    Vail, Justin W. EOP/WHO
(b) (6)    Schwartztol, Larry M. EOP/WHO (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Good afternoon all,

If you have not yet done so, please RSVP to me no later than **5:00 pm this Friday** for the May 21 interagency meeting on implementation of the Promoting Access to Voting EO. We will follow up shortly with the agenda for the meeting.

Thank you and we look forward to our discussion next week.

Devontae

Duplicative Material

Duplicative Material



From:  Schwartztol, Larry M. EOP/WHO (b) (6)
Sent:  5/26/2021 10:27:13 PM
To:  Kumar.chandran@(b) (6)  Akhil.rajan@(b) (6)  Kpeyser@(b) (6)  lisa.carnahan(b) (6)
Jennifer.nist@(b)(6) ; David.e.beime.civ@(b) (6) ; William.r.mansell.civ@(b) (6) ; Jessica.cardichon@(b) (6)
Nick.lee@(b) (6)  Shalanda.baker@(b) (6) ; Narayan.subramanian@(b) (6) ; Rachel.pryor@(b) (6)
Melanie.rainer@(b)(6)  Josephine.nguyen@(b) (6) ; Elly.H.kugler@(b) (6)  Chang.chiu@(b) (6)
Katherine.culliton-gonzalez@(b) (6) ; Veronica.venture@(b) (6) ; Carol.wu@(b) (6)
Tara.matthews@(b) (6) ; Bryan_newland@(b) (6)  Anita.personius@(b) (6) ; Ruisanchez, Alberto (OASG)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Pagnucco, Carrie (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Hanks.angela@(b) (6)
Orton.josh.m@(b) (6)  nortonb@(b) (6)  Christopher.coes@(b) (6) ; Trevor.norris@(b) (6)
Melissa.bryant6@(b) (6) ; Cassady.alison@(b) (6) ; Efron.brent@(b) (6) ; Jacky.chang@(b) (6)
Dave.zvenyach@(b) (6) ; Thompson, Jamila EOP/USTR (b) (6)  ]; Julie.verratti@(b) (6)
Victor.parker@(b) (6)  Darlynda.bogle@(b) (6) ; Scott.frey@(b) (6)  Bianca.freeman@(b) (6)
Mitchell.chitwood@(b) (6) ; Alice.somers@(b) (6) ; Lydia.marshall@(b) (6) ; bleavitt@(b) (6)
CC:  Vail, Justin W. EOP/WHO (b) (6)  Levitt, Justin M. EOP/WHO (b) (6)
Bagenstos, Samuel R. EOP/OMB (b) (6)  Freeland, Devontae EOP/WHO
(b) (6)  Friedman, Danielle E. EOP/WHO (b) (6)
Subject:  5/21 Voting EO Meeting/Thank You & Follow Up

Colleagues,

Thank you all for taking the time to convene on May 21 to discuss the ongoing efforts to implement the President's
Executive Order on Promoting Access to Voting. We are so grateful for the ambitious and creative approach so many
agencies are taking to answer the President's call to expand access to our democracy.

As agencies develop the interim reports due on June 15, please do not hesitate to reach out to me, Justin Vail, or Justin
Levitt with any questions or if there are ways we can help. Similarly, though a legal review is not a necessary part of the
June 15 interim report, if there are questions regarding the interaction of the EO with the Purpose Statute, please
encourage your agency GCs to reach out to Sam Bagenstos, who is happy to continue to offer guidance on those
issues. And as discussed at the meeting, we warmly welcome any suggestions on stakeholder engagement that would
be helpful to your agencies. We are planning to facilitate zoom panels early this summer with state and local election
officials, organizations that engage in voter registration activities, and organizations that represent hard-to-reach or
underserved communities. If you would like to be included in any of those panels, or if there are other stakeholders or
experts whose perspectives you think could inform this interagency process, please let us know.

Best,
Larry

**Larry Schwartztol**
Associate White House Counsel and Special Assistant to the President
(b) (6)

App. 092

| From: | Freeland, Devontae EOP/WHO (b) (6) |
|---|---|
| Sent: | 5/21/2021 9:34:32 PM |
| To: | Kumar.Chandran@(b)(6)   Akhil.Rajan@(b) (6)   kpeyser@(b) (6)   lisa.carnahan@(b) (6) jennifer.nist@(b) (6) ; david.e.beirne.civ@(b) (6) ; william.r.mansell.civ@(b) (6) ; jessica.Cardichon@(b) (6) nick.lee@(b) (6)   shalanda.baker@(b) (6)   narayan.subramanian@(b) (6)   Rachel.Pryor@(b) (6) melanie.rainer@(b) (6) ; Elly.H.Kugler@(b) (6) ; Chang.Chiu@(b) (6)   katherine.culliton-gonzalez@(b) (6) Carol.Wu@(b) (6)   bryan_newland@(b) (6) ; Personius, Anita (b) (6)   Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Hanks, Angela - OSEC (b) (6)   orton.josh.m@(b) (6)   Myers, Shane (b) (6) ; MeeksJP@(b) (6) NortonB@(b) (6)   Christopher.coes@(b) (6) ; Trevor.Norris@(b) (6) ; Melissa.Bryant6@(b) (6) Cassady, Alison (b) (6)   efron.brent@(b) (6)   jacky.chang@(b) (6) ; dave.zvenyach@(b) (6)   Thompson, Jamila EOP/USTR (b) (6)   Julie.verratti@(b) (6)   victor.parker@(b) (6) ; Bogle, Darlynda (b) (6)   scott.frey@(b) (6)   bianca.freeman@(b) (6)   mitchell.chitwood@(b) (6) alice.somers@(b) (6) ; lydia.marshall@(b) (6)   bleavitt@(b) (6)   josephine.nguyen@(b) (6) |
| CC: | Schwartztol, Larry M. EOP/WHO (b) (6)   Vail, Justin W. EOP/WHO (b) (6)   Levitt, Justin M. EOP/WHO (b) (6) |
| Subject: | Slides from today's EO call |
| Attachments: | OMB slides - 5.21.21 IPC.pptx; DOD slides - NVRAbriefing_20210521v2.pdf; Highlights - Federal Portfolio 2020 Census - for distribution.pdf |
| Flag: | Flag for follow up |

All,

Thank you for joining today's Zoom and we hope you found the session helpful. As promised, we are sharing the slides from the presentations used today. Don't hesitate to reach out to Justin Levitt, Justin Vail, or Larry Schwartztol if you have any questions or concerns moving forward.

Thank you,

**Devontae Freeland**
Special Assistant to the Deputy Counsels
(b) (6)

App. 093

**From:** Freeland, Devontae EOP/WHO (b) (6)
**Sent:** 6/11/2021 5:40:34 PM

**Duplicative Material see p. 66**

**Subject:** Voting EO - submission of June 15 interim reports

All,

Thank you for your work on the Promoting Access to Voting EO implementation plans. The interim reports, which are due this Tuesday 6/15, can be submitted to me by email (b) (6) as a Word doc. Don't hesitate to reach out if you have questions or concerns.

Thank you,

Dev

**Devontae Freeland** (he/him/his)
Special Assistant to the Deputy White House Counsels
(b) (6)

Obtained by Heritage Foundation

App. 094

| From: | Freeland, Devontae EOP/WHO (b) (6) |
|---|---|
| Sent: | 6/16/2021 2:19:12 PM |
| To: | Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| CC: | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| Subject: | RE: Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf |

Good morning Alberto and Carrie,

Confirming receipt. Thank you for your work on this and we look forward to continuing to partner on expanding access to voting.

Best,
Devontae

**From:** Ruisanchez, Alberto (OASG) (b) (6)
**Sent:** Tuesday, June 15, 2021 6:38 PM
**To:** Freeland, Devontae EOP/WHO (b) (6)
**Cc:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf

Devontae,
I hope all is well.  Attached please find DOJ's interim strategic plan under EO 14019.

Please let me know if you have any questions or need anything else.

Best,
Alberto Ruisanchez
Office of the Associate Attorney General
U.S. Department of Justice

**App. 095**

Obtained by Heritage Foundation Oversight Project

| | |
|---|---|
| **From:** | Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,] |
| **Sent:** | 6/15/2021 10:37:41 PM |
| **To:** | Freeland, Devontae EOP/WHO [(b) (6)                              ] |
| **CC:** | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| **Subject:** | Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf |
| **Attachments:** | Voting EO Interim Strategic Plan - DOJ - 6-15-21.pdf |

Devontae,

I hope all is well.  Attached please find DOJ's interim strategic plan under EO 14019.

Please let me know if you have any questions or need anything else.

Best,
Alberto Ruisanchez
Office of the Associate Attorney General
U.S. Department of Justice

Obtained by Heritage Foundation Oversight Project

App. 096





















**From:** Freeland, Devontae A. EOP/WHO (b) (6)
**Sent:** 7/1/2021 5:16:15 PM
**To:** Kumar.Chandran@(b) (6)  Akhil.Rajan@(b) (6)  kpeyser@(b) (6)  Hsu, Josh M. EOP/OVP
(b) (6)  lisa.carnahan@(b) (6)  jennifer.nist@(b) (6)  Montelongo, Natalie EOP/WHO
(b) (6)  jeffrey.r.register.civ@(b) (6)  Bargzie, Nasrina EOP/OVP
(b) (6)  david.e.beirne.civ@(b) (6)  melvin.a.baird.civ@(b) (6)  jennifer.nist@(b) (6)
josephine.nguyen@(b) (6)  kashif.syed@(b) (6)  elly.h.kugler@(b) (6)  heidi_todacheene@(b) (6)
Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,];
swainsmith.katherine@(b) (6)  RichterKB@(b) (6)  NortonB@(b) (6)  efron.brent@(b) (6)
jacky.chang@(b) (6)  raashi.parihar@(b) (6)  victor.parker@(b) (6)  Annamaria.lucas@(b) (6)
darlynda.bogle@(b) (6)  kilolo.kijakazi@(b) (6)  lydia.marshall@(b) (6)  Freeman, Bianca
[Bianca.Freeman@(b) (6)  william.r.mansell.civ@(b) (6)  jessica.v.williams.civ@(b) (6)
jessica.Cardichon@(b) (6)  nick.lee@(b) (6)  shalanda.baker@(b) (6)  narayan.subramanian@(b) (6)
Rachel.Pryor@(b) (6)  melanie.rainer@(b) (6)  Josephine.Nguyen@(b) (6)  Elly.H.Kugler@(b) (6)
Chang.Chiu@(b) (6)  Daniel.Brandt@(b) (6)  Katherine.culliton-gonzalez@(b) (5)
Tara.Matthews@(b) (6)  Carol.Wu@(b) (6)  Bryan_newland@(b) (6)  anita.personius@(b) (6)
Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Pagnucco, Carrie (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Hanks.angela@(b) (6)
orton.josh.m@(b) (6)  myerssi@(b) (6)  MeeksJP(b) (6)  NortonB@(b) (6)  laura.schiller@(b) (6)
Christopher.coes@(b) (6)  Trevor.Norris@(b) (6)  Melissa.Bryant6@(b) (6)  mharrington@(b) (6)
Cassady.alison@(b) (6)  efron.brent@(b) (6)  jacky.chang@(b) (6)  dave.zvenyach@(b) (6)
lynn.eisenberg@(b) (6)  Thompson, Jamila EOP/USTR (b) (6)  Julie.verratti@(b) (6)
victor.parker@(b) (6)  bianca.freeman@(b) (6)  lydia.marshall@(b) (6)  SimonoffMA@(b) (6)
bleavitt@(b) (6)
**CC:** Levitt, Justin M. EOP/WHO [(b) (6)  Friedman, Danielle E. EOP/WHO
(b) (6)  Vail, Justin W. EOP/WHO (b) (6)  Schwartztol, Larry M.
EOP/WHO (b) (6)
**Subject:** RE: Election official roundtable on Voting EO implementation

All – Just wanted to remind you about the stakeholder input session with election officials today at 2pm, in case you are free and interested in joining. Details are below.

Thanks and looking forward to seeing some of you soon.

Best,

Devontae

-----Original Appointment-----
**From:** Freeland, Devontae EOP/WHO **On Behalf Of** Levitt, Justin M. EOP/WHO
**Sent:** Monday, June 21, 2021 6:31 PM
**Subject:** FW: Election official roundtable on Voting EO implementation
**When:** Thursday, July 1, 2021 2:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (b) (6)

Colleagues,

Thank you again for your efforts so far in planning implementation of the President's Executive Order on Promoting Access to Voting, and for the interim reports that you have submitted.

Obtained by Heritage Foundation Oversight Project

App. 106

Around our last Interagency Policy Committee meeting on May 21, we heard that it would be welcome if we were able to coordinate some input from stakeholders.  We have planned a session for election officials to provide their recommendations and thoughts on best practices; we will follow up shortly with two additional sessions – one from nonprofit organizations engaged in voting rights advocacy, and one from nonprofit organizations with substantial expertise in reaching out to and engaging particular populations of voters who may be more difficult to reach.  We believe that these sessions will provide some helpful feedback as you further refine the strategic plans due to the Assistant to the President for Domestic Policy on September 23, 2021.

The session with election officials will take place on **July 1, from 2:00-3:30pm**.  We've reached out to 10 pragmatic state and local officials, from different parts of the country, serving very different constituencies; the group includes Democrats and Republicans and those with no public partisan affiliation.  Some are elected; some are appointed.  They will have different perspectives.  But they are all eager to lend their perspectives to better inform your work.

You can access the meeting at this Zoom link
(b) (6)                                                                                a more specific agenda will
follow.  Please email me (b) (6)                                     no later than **Monday, June 28,** if you are interested in
attending.

We look forward to continue working with all of you.  As always, if you have questions, please contact Justin Vail
(b) (6)                              or Justin Levitt (b) (6)                         at the Domestic Policy Council or Larry
Schwartztol (b) (6)                         from the White House Counsel's Office.

Best,

**Devontae Freeland**
Special Assistant to the Deputy Counsels
(b) (6)

-----Original Appointment-----
**From:** Levitt, Justin M. EOP/WHO
**Sent:** Monday, June 21, 2021 3:49 PM
**Subject:** Election official roundtable on Voting EO implementation
**When:** Thursday, July 1, 2021 2:00 PM-3:30 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** (b) (6)

(b) (6)

Hi there,

Justin Levitt is inviting you to a scheduled ZoomGov meeting.

## Join Zoom Meeting

One tap   (b) (6)                              or
mobile:   (b) (6)

App. 107

Meeting (b) (6) ████████████████████████
URL:
Meeting (b) (6) ████████
ID:
Passcode:(b) (6)████

## Join by Telephone

For higher quality, dial a number based on your current location.
Dial:

(b) (6) ████████████████████████

Meeting (b) (6) ████████
ID:

Passcode:(b) (6)████

International numbers

## Join from an H.323/SIP room system

(b) (6) ███   (b) (6) ████████████
████████████

Meeting (b) (6) ████████
ID:

Passcode:(b) (6)████

SIP:   (b) (6) ████████████

Passcode:(b) (6)████

P.0096

**App. 108**

Obtained by Heritage Foundation Oversight Project

| | |
|---|---|
| **From**: | Rajan, Akhil - OSEC, Washington, DC (b) (6) |
| **Sent**: | 7/9/2021 2:08:09 PM |
| **To**: | Freeland, Devontae A. EOP/WHO (b) (6) Chandran, Kumar - OSEC, Washington, DC (b) (6) kim.peyser@(b) (6) lisa.carnahan@(b) (6) jennifer.nist@(b) (6) jeffrey.r.register.civ@(b) (6) david.e.beirne.civ@(b) (6) melvin.a.baird.civ@(b) (6) william.r.mansell.civ@(b) (6) jessica.v.williams.civ@(b) (6) jessica.Cardichon@(b) (6) nick.lee@(b) (6) shalanda.baker (b) (6) narayan.subramanian@(b) (6) Rachel.Pryor@(b) (6) melanie.rainer@(b) (6) anita.personius@(b) (6) Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]; Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Hanks.angela@(b) (6) SwainSmith.Katherine@(b) (6) orton.josh.m@(b) (6) myerssi@(b) (6) MeeksJP@(b) (6) NortonB@(b) (6) laura.schiller@(b) (6) Christopher.coes@(b) (6) Trevor.Norris@(b) (6) daniel.brandt@(b) (6) Melissa.Bryant6@(b) (6) mharrington@(b) (6) Cassady.alison@(b) (6) efron.brent@(b) (6) jacky.chang@(b) (6) dave.zvenyach@(b) (6) lynn.eisenberg@(b) (6) Shriver, Robert EOP (b) (6) david.marsh@(b) (6) Thompson, Jamila EOP/USTR (b) (6) Julie.verratti@(b) (6) victor.parker@(b) (6) darlynda.bogle@(b) (6) bianca.freeman@(b) (6) scott.frey@(b) (6) lydia.marshall@(b) (6) kilolo.kijakazi@(b) (6) adam.gower@(b) (6) SimonoffMA@(b) (6) bleavitt@(b) (6) |
| **CC**: | Levitt, Justin M. EOP/WHO (b) (6) Vail, Justin W. EOP/WHO (b) (6) Schwartztol, Larry M. EOP/WHO (b) (6) |
| **Subject**: | Re: Voting EO stakeholder session #2 \| Voting rights advocates roundtable on 7/12 |

Hi Devontae,

I will be there (and schedule-permitting Kumar will be there as well).

Thanks so much!
Akhil

---

**From:** Freeland, Devontae A. EOP/WHO (b) (6)
**Sent:** Friday, July 9, 2021 9:02:49 AM

# Duplicative Material see p.97

Duplicative Material see p.97

**Subject:** RE: Voting EO stakeholder session #2 | Voting rights advocates roundtable on 7/12

Good morning,

In case you missed my note right before the holiday weekend, I wanted to lift up this invitation to our second listening session, to be held Mon 7/2 at 2:00 pm with voting rights advocacy groups. Details are below for your reference and you can RSVP to me directly. If you have already emailed me, you are all set.

Thank you all and happy Friday.

Best,

**Devontae Freeland** (*he/him/his*)
Special Assistant | White House Counsel's Office
(b) (6)

**From:** Freeland, Devontae A. EOP/WHO
**Sent:** Friday, July 2, 2021 4:15 PM

Duplicative Material see p. 97

# Duplicative Material see p.97

**Subject:** Voting EO stakeholder session #2 | Voting rights advocates roundtable on 7/12

Colleagues,

Thank you again for your efforts so far in planning implementation of the President's Executive Order on Promoting Access to Voting, and for the interim reports that you have submitted.

As you know, we're coordinating some input from stakeholders, including what we hope you found to be an informative session yesterday afternoon with state and local election officials. We've also planned a session for nonpartisan nonprofit organizations engaged in voting rights advocacy to provide their recommendations and thoughts on best practices; we will follow up shortly with an additional session from nonprofit organizations with substantial expertise in reaching out to and engaging particular populations of voters who may be more difficult to reach. We hope that each of these sessions will provide helpful feedback as you further refine the strategic plans due to the Assistant to the President for Domestic Policy on September 23, 2021.

The session with voting rights advocates will take place on **July 12, from 2:00-3:30pm**. We've reached out to various umbrella organizations and regular advocates in this space; the organizations attending will focus on different constituencies and have different priorities. Some are state-level organizations; some have a national program. As with the election officials, they will have different perspectives. But they are also all eager to lend their perspectives to better inform your work.

You can access the meeting at this Zoom link.
(b) (6) the agenda, as with the election officials, will involve a brief introduction to some of their general recommendations, and an opportunity to ask questions. Please email me (b) (6) no later than **Thursday, July 8,** if you are interested in attending.

We look forward to continue working with all of you. As always, if you have questions, please contact Justin Vail (b) (6) or Justin Levitt (b) (6) at the Domestic Policy Council or Larry Schwartztol (b) (6) from the White House Counsel's Office.

Best,

**Devontae Freeland** (*he/him/his*)
Special Assistant | White House Counsel's Office
(b) (6)

This electronic message contains information generated by the USDA solely for the intended recipients. Any

**App. 111**

unauthorized interception of this message or the use or disclosure of the information it contains may violate the law and subject the violator to civil or criminal penalties. If you believe you have received this message in error, please notify the sender and delete the email immediately.

**From:** Freeland, Devontae A. EOP/WHO (b) (6)
**Sent:** 7/12/2021 5:03:34 PM
**To:** Kumar.Chandran@ (b) (6)  akhil.rajan@u (b) (6)  lisa.carnahan@ (b) (6)  kerrianne.buchanan@ (b) (6)
kevin.mangold@ (b) (6)  jennifer.nist@ (b) (6)  melvin.a.baird.civ@ (b) (6)  j.s.wiedmann@ (b) (6)
Josephine.Nguyen@ (b) (6)  nicole.enke@ (b) (6)  Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange
Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,];
swainsmith.katherine@ (b) (6)  daniel.brandt@ (b) (6)  trevor.norris@ (b) (6)  melissa.bryant6@ (b) (6)
efront.brent@ (b) (6)  david.marsh@ (b) (6)  annamaria.lucas@ (b) (6)  victor.parker@ (b) (6)
darlynda.bogle@ (b) (6)  scott.frey@ (b) (6)  kilolo.kijakazi@ (b) (6)  lydia.marshall@ (b) (6)
adam.grower@ (b) (6)  bianca.freeman@ (b) (6)  kim.peyser@ (b) (6)  jeffrey.r.register.civ@ (b) (6)
david.e.beirne.civ@ (b) (6)  william.r.mansell.civ@ (b) (6)  jessica.v.williams.civ@ (b) (6)
jessica.Cardichon@ (b) (6)  nick.lee@ (b) (6)  shalanda.baker@ (b) (6)  narayan.subramanian@ (b) (6)
Rachel.Pryor@ (b) (6)  melanie.rainer@ (b) (6)  Elly.H.Kugler@ (b) (6)  Chang.Chiu@ (b) (6)  CULLITON-
GONZALEZ, KATHERINE [katherine.culliton-gonzalez@ (b) (6)  Tara.Matthews@ (b) (6)
Carol.Wu@ (b) (6)  Bryan_newland@ (b) (6)  anita.personius@ (b) (6)  Pagnucco, Carrie (CRT)
[/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]; Hanks.angela@ (b) (6)
orton.josh.m@ (b) (6)  myerssi@ (b) (6)  MeeksJP@ (b) (6)  NortonB@ (b) (6)  Haura.schiller@ (b) (6)
Christopher.coes@dot.gov; mharrington@eac.gov; Cassady.alison@ (b) (6)  efron.brent@ (b) (6)
jacky.chang@ (b) (6)  dave.zvenyach@ (b) (6)  lynn.eisenberg@ (b) (6)  Shriver, Robert EOP
[robert.shriver@ (b) (6)  Thompson, Jamila EOP/USTR (b) (6)  Julie.verratti@ (b) (6)
adam.gower@ (b) (6)  SimonoffMA@ (b) (6)  bleavitt@ (b) (6)  White, Virginia (HHS/IOS)
(b) (6)  raashi.parihar@ (b) (6)  RODRIGUEZ, SABRINA (b) (6)
**CC:** Vail, Justin W. EOP/WHO [ (b) (6)  Schwartztol, Larry M. EOP/WHO
(b) (6)  Levitt, Justin M. EOP/WHO (b) (6)  Friedman, Danielle
E. EOP/WHO (b) (6)
**Subject:** Voting EO Listening Session #2 | Voting rights advocacy groups
**Attachments:** Voting Rights EO Listening Session Registrants - 7.12.21.xlsx; Agenda - Agency Listening Session - Voting Rights EO -
7_12_21.docx

Hi all,

Looking forward to our session this afternoon. Attached, please find a roster of advocates who will be participating and
an agenda for the meeting.

You can join the session via this Zoom link:

(b) (6)

Best,

Dev

**Devontae Freeland** (he/him/his)
Special Assistant | White House Counsel's Office

(b) (6)

App. 113

| Full Name | Organization | Position |
|---|---|---|
| Adriel I. Cepeda Derieux | ACLU | Senior Staff Attorney |
| Amanda Scott | ACLU | Paralegal - Voting Rights Project |
| Ceridwen Cherry | ACLU | Staff Attorney- Voting Rights Project |
| Julie Ebenstein | ACLU | Senior Staff Attorney |
| Kristen Lee | ACLU | Policy Analyst |
| Molly McGrath | ACLU | sr strategist |
| Patricia Yan | ACLU | Staff Attorney, Voting Rights Project |
| Sarah Brannon | ACLU | managing attorney with Voting Right Project |
| Zara Haq | ACLU | Campaign Strategist |
| Andrew Wells | ACLU Voting Rights Project, NVRA Team | Legal Intern |
| Emily Snider | ADL (Anti-Defamation League) | Associate Regional Director- ADL Michigan |
| Karen Levit | ADL (the Anti-Defamation League) | National Civil Rights Counsel |
| Nina Paneque | Advancement Project | Communications Intern |
| Sabrina Khan | Advancement Project | Deputy Director, Voter Protection Program |
| Jeralyn Cave | Advancement Project National Office | Sr. Communications Associate |
| Cecelie Counts | AFL-CIO | Leg Rep |
| Bailey Childers | AFSCME | Director of Federal Government Affairs |
| Brad Ashwell | All Voting Is Local | Florida State Director |
| Lilian Aluri | American Association of People with Disabilities | REV UP Voting Campaign Coordinator |
| Rachita Singh | American Association of People with Disabilities | Public Relations and Communications Coordinator |
| Joelle Miller | American Bar Association | Intern |
| Paula Shapiro | American Bar Association | Section Director, Civil Rights and Social Justice |
| Ryan J. Suto | Arab American Institute | Policy Counsel |
| Azizah Ahmad | Asian & Pacific Islander American Health Forum (APIAHF) | Policy & Community Advocacy Manager |
| Terry Ao Minnis | Asian Americans Advancing Justice - AAJC | Senior Director of Census & Voting Programs |
| Amanda Pears Kelly | Association of Clinicians for the Underserved | Executive Director |
| Cliff Albright | Black Voters Matter | Cofounder |
| LaTosha Brown | Black Voters Matter | Cofounder |
| Marian K Schnedier | Brennan Center for Justice at NYU | Advisor |
| Richard Eidlin | Business for America | National Policy Director |
| Corey Goldstone | Campaign Legal Center | Senior Communications Manager, Voting Rights |
| Dana Paikowsky | Campaign Legal Center | Legal Fellow |
| Robert Neil Weiner | Campaign Legal Center | Senior Consultant--Voting Rights |
| Valencia Richardson | Campaign Legal Center | Legal Fellow |
| Jo Ellen Deutsch | CLC | Director Legislative Strategy |

**App. 114**

| Sylvia Albert | Common Cause | Director of Voting and Elections |
|---|---|---|
| Joanne Antoine | Common Cause Maryland | Executive Director |
| Stephanie Román | Democracy Fund | Senior Program Associate |
| Carol Lautier | Demos | Associate Director |
| Laura Williamson | Demos | Senior Policy Analyst |
| Lisa Danetz | Demos | Consultant |
| Porsha White | End Citizens United/Let America Vote | VP of Voting Rights and State Organizing |
| Elana Needle | eneedle@unidosus.org | Director, Racial Equity Anchor Collaborative |
| Michelle Kanter Cohen | Fair Elections Center | Policy Director and Senior Counsel |
| Rebekah Caruthers | Fair Elections Center | Vice President |
| José Morales | Fair Fight Action | Deputy Director, Voter Protection |
| Angela Kouters | FairVote | Government Affairs Director |
| Khalid Pitts | FairVote | Executive Vice President |
| Tappan Vickery | HeadCount | Director of Voter Engagement |
| Jeanne Ayers | Healthy Democracy Healthy People | Executive Director |
| Jessica Barba Brown | Healthy Democracy Healthy People Initiative | Senior Advisor |
| Paul Joffe | Lawyers' Committee for Civil Rights | Senior Fellow |
| Ezra Rosenberg | Lawyers' Committee for Civil Rights Under Law | Co-Director, Voting Rights Project |
| Janet Millenson | League of Women Voters of Maryland | Protecting the Vote advocacy team leader |
| Celina Stewart | League of Women Voters of the U.S. | Chief Counsel |
| Jessica Jones Capparell | League of Women Voters of the United States | Senior Manager, Policy and Legislative Affairs |
| Andrea Senteno | MALDEF | Regional Counsel |
| Nikolas Youngsmith | MALDEF | Legislative Staff Attorney |
| Anson Asaka | NAACP | Associate General Counsel |
| Ebonie Riley | National Action Network | Washington, DC Bureau Chief |
| Robin Troutman | National Association of Councils on Developmental Disabilities | Deputy Director |
| Ryan Seelau | National Congress of American Indians | Senior Researcher |
| Saundra Mitrovich | National Congress of American Indians | Civic Engagement Associate |
| Faith Williams | National Council of Jewish Women | Associate Director, Government Relations and Advocacy |
| Michelle Bishop | National Disability Rights Network (NDRN) | Voter Access & Engagement Manager |
| Ronny Lau | National Education Association | Federal Lobbyist |
| Alex Rias | National Urban League | Senior Director, Equitable Justice |
| Yvette Badu-Nimako | National Urban League | Senior Director, Judiciary, Civil Rights, and Social Justice |
| Samantha Ketly | Native American Rights Fund | Staff Attorney |
| Quincy Howard | NETWORK | GR Fellow |
| Ariana Rodriguez | NUL | Intern |

**App. 115**

| Erica Teasley Linnick | Open Society Policy Center | Senior Program Officer |
| Valerie Street | Our Vote Texas / Texas Progressive Action Network | President |
| Jen Herrick | People For the American Way | Senior Policy Analyst |
| Josh Burg | Religious Action Center of Reform Judaism | Legislative Assistant |
| Sally Okun | SallyOkun360 LLC | Principal |
| Mitchell Brown | Southern Coalition for Social Justice | Counsel |
| Caren E. Short | Southern Poverty Law Center Action Fund | Senior Supervising Attorney |
| Nour Vakhshoury | SPLC | Legal Intern |
| Jasmine Tyler | SPLC Action Fund | Strategic Advisor |
| Austin Evers | States United | Senior Advisor |
| Joanna Lydgate | States United Democracy Center | Founder & CEO |
| Norman Eisen | States United Democracy Center | Executive Chair |
| Cedric Lawson | The Leadership Conference | Field Director |
| Imani Brooks | The Leadership Conference on Civil and Human Rights | Legal Intern |
| Jesselyn McCurdy | The Leadership Conference on Civil and Human Rights | Interim Executive Vice President of Government Affairs |
| Josh Boxerman | The Leadership Conference on Civil and Human Rights | Policy and Research Associate |
| Kelly Campbell | The Leadership Conference on Civil and Human Rights | Legal Intern |
| Keeda Haynes | The Sentencing Project | Voting Rights Campaign Strategist |
| Anissa Rivera | UnidosUS | Manager, Racial Equity Anchor Collaborative |
| Claudia Ruiz | UnidosUS | Civil Rights Analyst |
| Megan Maier | Verified Voting | Senior Research Associate |
| Aliya Bhatia | Vot-ER | COO |
| Leah Ford | Vot-ER | Organizing Director |
| Catherine Beane | YWCA USA | Vice President, Public Policy & Advocacy |

Obtained by Heritage Foundation Oversight Project

**App. 116**

**Listening Session on Implementation of Executive Order 14019**
**Federal Agencies and Civil and Voting Rights Organizations**
**July 12, 2021**

### AGENDA

1. Welcome - Jesselyn McCurdy, The Leadership Conference, and Justin Leavitt, Domestic Policy Council (3 minutes)
2. Agency Roll Call (10 minutes)
3. Prepared Items (40 minutes)
   a. Voting rights for those incarcerated in federal custody
      i. Keeda Haynes, The Sentencing Project
      ii. Zara Haq, ACLU
      iii. Dana Paikowsky, Campaign Legal Center
   b. Language access
      i. Terry Ao Minnis, Asian Americans Advancing Justice
      ii. Ryan Suto, Arab American Institute
      iii. José Morales, Fair Fight Action
   c. Vote by mail; election worker issues
      i. José Morales, Fair Fight Action
   d. Promoting voting among people with disabilities
      i. Michelle Bishop, National Disability Rights Network
      ii. Rachita Singh, American Association of People with Disabilities
   e. Access for Native Americans
      i. Jacqueline De Leon and Samantha Kelty, Native American Rights Fund
   f. NVRA compliance, registration at citizenship ceremonies (USCIS), Brnovich fixes
      i. Celina Stewart and Jessica Jones Capparell, League of Women Voters
   g. Affirmative opportunities for voter registration
      i. Sarah Brannon and Ceridwen Cherry, ACLU (HHS, DOE, IRS, SSA)
      ii. Laura Williamson, Demos (USCIS, HUD, IHS)
   h. Immigration and citizenship issues
      i. Nik Youngsmith, MALDEF
   i. Role of business in supporting voting rights
      i. Richard Eidlin, Business for America
4. Open Discussion (35 minutes)
5. Close and Thank You - Jesselyn and Justin (2 minutes)

Obtained by American Oversight Project

**From:** Ruisanchez, Alberto (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=A20FBE70E3864751868E2B513425C023-RUISANCHEZ,]
**Sent:** 7/16/2021 7:42:09 PM
**To:** Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]
**Subject:** RE: Voting EO contacts for stakeholder organization connections

**Flag:** Follow up

No concerns on either front.
Thanks.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Friday, July 16, 2021 2:34 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** FW: Voting EO contacts for stakeholder organization connections

Alberto, we are the only folks from DOJ on this follow-up email from Justin Levitt, and there isn't anyone from BOP/USMS. 2 questions:

1. **(b) (5) DPP**
2.

Thanks for your thoughts!
Carrie

**From:** Levitt, Justin M. EOP/WHO (b) (6)
**Sent:** Friday, July 16, 2021 2:18 PM
**To:** Kumar.Chandran (b) (6) akhil.rajan@ (b) (6) lisa.carnahan@ (b) (6) kerrianne.buchanan@ (b) (6) kevin.mangold@ (b) (6) jennifer.nist@ (b) (6) melvin.a.baird.civ@ (b) (6) j.s.wiedmann@ (b) (6) Josephine.Nguyen@ (b) (6) nicole.enke@ (b) (6) Ruisanchez, Alberto (OASG) (b) (6) swainsmith.katherine@ (b) (6) daniel.brandt@ (b) (6) trevor.norris@ (b) (6) melissa.bryant6@ (b) (6) efront.brent@ (b) (6) david.marsh@ (b) (6) annamaria.lucas@ (b) (6) victor.parker@ (b) (6) darlynda.bogle@ (b) (6) scott.frey@ (b) (6) kilolo.kijakazi@ (b) (6) lydia.marshall@ (b) (6) adam.grower@ (b) (6) bianca.freeman@ (b) (6) kim.peyser@ (b) (6) jeffrey.r.register.civ@ (b) (6) david.e.beirne.civ@ (b) (6) william.r.mansell.civ@ (b) (6) jessica.v.williams.civ@ (b) (6) jessica.Cardichon@ (b) (6) nick.lee@ (b) (6) shalanda.baker@ (b) (6) narayan.subramanian@ (b) (6) Rachel.Pryor@ (b) (6) melanie.rainer@ (b) (6) Elly.H.Kugler@ (b) (6) Chang.Chiu@ (b) (6) CULLITON-GONZALEZ, KATHERINE (b) (6) (b) (6) Tara.Matthews@ (b) (6) Carol.Wu@ (b) (6) Bryan_newland@ (b) (6) anita.personius@ (b) (6) Pagnucco, Carrie (CRT) (b) (6) Hanks.angela@ (b) (6) orton.josh.m@ (b) (6) myerssi@ (b) (6) MeeksJP@ (b) (6) NortonB@ (b) (6) Christopher.coes@ (b) (6) (b) (6) @dot.gov' < (b) (6) @dot.gov>; mharrington@ (b) (6) Cassady.alison@ (b) (6) efron.brent@ (b) (6) jacky.chang@ (b) (6) dave.zvenyach@ (b) (6) lynn.eisenberg@ (b) (6) Shriver, Robert EOP (b) (6) Thompson, Jamila EOP/USTR (b) (6) Julie.verratti@ (b) (6) adam.gower@ (b) (6) SimonoffMA@ (b) (6) bleavitt@ (b) (6) White, Virginia (HHS/IOS) (b) (6) raashi.parihar@ (b) (6) RODRIGUEZ, SABRINA (b) (6)
**Cc:** Vail, Justin W. EOP/WHO (b) (6) ; Schwartztol, Larry M. EOP/WHO

App. 118

 Freeland, Devontae A. EOP/WHO <(b) (6)>

**Subject:** Voting EO contacts for stakeholder organization connections

Many thanks to those of you who participated in Monday's session for input from voting rights organizations on implementing the access to voting executive order. We know the session packed a lot of rapid-fire feedback; we hope that the general input was informative, and that even the specific input directed at agencies other than your own may nevertheless have inspired some thought. We're pulling together another session shortly, featuring organizations with particular expertise in engaging voting populations more difficult to reach; we'll keep you updated. And we'll continue to engage you on the individual strategic plans you're pulling together. Thank you, again, for all of the work.

In the meantime, some of the stakeholder organizations had specific requests for connections to offer further input, either at an agency level or for a specific component. We're not seeking to urge any meeting that you wouldn't otherwise take, or answer any question that you wouldn't otherwise answer for any external entity, particularly for plans still in progress. But in the event that you'd find the dialogue or input helpful, we're happy to facilitate the contact so that the organizations can ask their questions or offer their input directly. Again, you should also feel free not to share a point of contact. We will only share agency points of contacts for agencies that say it would be helpful to them to hear directly from external stakeholders.

And so, if you would find it fruitful to engage organizations that would like to provide input to you on the implementation of the Executive Order, please let me know **by EOD Monday, July 19**, who the most appropriate contact to pass on to the organizations might be. We recognize that in some instances, that person may well be the same individual already designated as an Administration point of contact for the EO, but recognize that in some instances, the most appropriate external point of contact may be different.

Thank you again for all of your efforts.

Justin

--
Justin Levitt
Senior Policy Advisor for Democracy and Voting Rights
Domestic Policy Council


**App. 119**

| | |
|---|---|
| **From:** | Braverman, Adam L. (ODAG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E21E801E09B64698BB58EB798F208736-BRAVERMAN,] |
| **Sent:** | 7/20/2021 2:14:11 PM |
| **To:** | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| **CC:** | Nguyen, Eric (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a89457fa0a7d4585b724a42ff86b7a3a-Nguyen, Eri]; Braden, Myesha (ODAG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=53d04c8bab9b4152959b556bc7804ce4-Braden, Mye]; Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| **Subject:** | Re: Voting EO contacts for stakeholder organization connections |

Sounds good. Thank you

On Jul 20, 2021, at 6:18 AM, Pagnucco, Carrie (CRT) (b) (6) wrote:

Sure – that works.  Happy to defer to you about the best way to handle.  If I get any outreach about (b) (5) DPP I'll let you know.

**From:** Nguyen, Eric (ODAG)
**Sent:** Tuesday, July 20, 2021 8:59 AM
**To:** Pagnucco, Carrie (CRT) (b) (6) Braverman, Adam L. (ODAG) (b) (6)
**Cc:** Braden, Myesha (ODAG) (b) (6) Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: Voting EO contacts for stakeholder organization connections

Thanks, Carrie (and I know I owe you a response on your other email about the stakeholder session).  My instinct – though Myesha and Adam may disagree – (b) (5) DPP

(b) (5) DPP

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 20, 2021 8:37 AM
**To:** Nguyen, Eric (ODAG) (b) (6) Braverman, Adam L. (ODAG) (b) (6)
**Cc:** Braden, Myesha (ODAG) (b) (6) Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** FW: Voting EO contacts for stakeholder organization connections

Hi Eric and Adam,
Following the Voting EO stakeholder engagement session last week, (b) (5) DPP

(b) (5) DPP

Thanks!
Carrie

**App. 120**

**From:** Levitt, Justin M. EOP/WHO (b) (6)
**Sent:** Friday, July 16, 2021 2:18 PM

Duplicative Material see p.106

**Subject:** Voting EO contacts for stakeholder organization connections

Many thanks to those of you who participated in Monday's session for input from voting rights organizations on implementing the access to voting executive order.  We know the session packed a lot of rapid-fire feedback; we hope that the general input was informative, and that even the specific input directed at agencies other than your own may nevertheless have inspired some thought.  We're pulling together another session shortly, featuring organizations with particular expertise in engaging voting populations more difficult to reach; we'll keep you updated.  And we'll continue to engage you on the individual strategic plans you're pulling together.  Thank you, again, for all of the work.

In the meantime, some of the stakeholder organizations had specific requests for connections to offer further input, either at an agency level or for a specific component.  We're not seeking to urge any meeting that you wouldn't otherwise take, or answer any question that you wouldn't otherwise answer for any external entity, particularly for plans still in progress.  But in the event that you'd find the dialogue or input helpful, we're happy to facilitate the contact so that the organizations can ask their questions or offer their input directly.  Again, you should also feel free not to share a point of contact.  We will only share agency points of contacts for agencies that say it would be helpful to them to hear directly from external stakeholders.

And so, if you would find it fruitful to engage organizations that would like to provide input to you on the implementation of the Executive Order, please let me know **by EOD Monday, July 19**, who the most appropriate contact to pass on to the organizations might be.  We recognize that in some instances, that person may well be the same individual already designated as an Administration point of contact for the EO, but recognize that in some instances, the most appropriate external point of contact may be different.

**App. 121**

Thank you again for all of your efforts.

Justin

--

Justin Levitt
Senior Policy Advisor for Democracy and Voting Rights
Domestic Policy Council
(b) (6)

App. 122

**From:** Levitt, Justin M. EOP/WHO (b) (6)
**Sent:** 7/20/2021 8:24:49 PM
**To:** Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc]
**Subject:** RE: Voting EO contacts for stakeholder organization connections

Thank you.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 20, 2021 3:46 PM
**To:** Levitt, Justin M. EOP/WHO (b) (6)
**Subject:** RE: Voting EO contacts for stakeholder organization connections

It's just going to be me from DOJ (I'll refer any outreach I get to the right people if it's outside of CRT).  Thanks, Justin!

**From:** Levitt, Justin M. EOP/WHO (b) (6)
**Sent:** Tuesday, July 20, 2021 8:55 AM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Voting EO contacts for stakeholder organization connections

Thanks so very much, Carrie.  Really appreciate it.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 20, 2021 8:30 AM
**To:** Levitt, Justin M. EOP/WHO (b) (6)
**Subject:** RE: Voting EO contacts for stakeholder organization connections

Hi Justin,
Sorry for the late reply!  (And thank you for the reminder.)  Please add me to your list.  I am checking to see if there are additional people who should be included and will get back to you this morning.
Thanks!
Carrie

Carrie Pagnucco
Senior Counsel
Office of the Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
(b) (6)
Pronouns: she/her/hers

**From:** Levitt, Justin M. EOP/WHO (b) (6)
**Sent:** Monday, July 19, 2021 9:16 PM

**Duplicative Material see p. 106**

Duplicative Material see p. 106

**Subject:** RE: Voting EO contacts for stakeholder organization connections

Hi, all.  Just a reminder to please respond (replying to me individually), if you haven't already.  In the event that you'd find the dialogue or input with external stakeholders helpful, please send an appropriate contact; in the event that you'd rather not share a contact for external engagement on the executive order, that's fine to say as well.  But please do let me know one way or the other.

Thank you, again, for all of your efforts!

Justin

Duplicative Material

Duplicative Material

| From: | Grogg, Adam (OASG) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3CF53023B8A4D4A9C93370B91FCC686-GROGG, ADAM] |
| Sent: | 7/27/2021 10:31:36 PM |
| To: | Pagnucco, Carrie (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=e3974c738ef64cf7a24a4d984519753c-cpagnucc] |
| Subject: | RE: EO 14019 - tribal consultation 7/14? |

Wonderful.  Thanks, Carrie.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 27, 2021 8:54 AM
**To:** Grogg, Adam (OASG) (b) (6)
**Subject:** FW: EO 14019 - tribal consultation 7/14?

Hi Adam,
Here is the info on the tribal consultations that I mentioned last week that are ongoing.  The next one is tomorrow.  I have been listening in along with a few colleagues from the Voting Section.
Thanks,
Carrie

**From:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Sent:** Tuesday, July 13, 2021 3:53 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO 14019 - tribal consultation 7/14?

Carrie—please share with your colleagues.  Thanks! See you on the 28th.

Tracy Goodluck
Policy Advisor for Native Affairs
The White House Domestic Policy Council
(b) (6)

Tracy

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, July 13, 2021 3:42 PM
**To:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: EO 14019 - tribal consultation 7/14?

No problem at all!  Thanks for the info.  If you have an updated schedule you can share, that would be great so we can update our calendars.  Thanks again!

**From:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Sent:** Tuesday, July 13, 2021 3:35 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)

App. 126

**Cc:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** Re: EO 14019 - tribal consultation 7/14?

We canceled and moved these regions to the July 28th date. I am sorry you did not get my email a couple of days ago. When I'm back in front of my computer I will forward to you. Please spread the word to your colleagues. Thank you for checking in!

Tracy

Sent from my iPhone

> On Jul 13, 2021, at 2:54 PM, Pagnucco, Carrie (CRT) (b) (6)                    wrote:

Hi Tracy,

Hope you are well! I'm writing to ask if a tribal consultation will be happening tomorrow afternoon. I have a schedule of the consultations that may be outdated, but it lists July 14 from 2-4 for the Southern and Eastern regions. Can you let me know if that is going forward, or has been rescheduled to another time?

Thanks very much!
Carrie

Carrie Pagnucco
Senior Counsel
Office of the Assistant Attorney General
Civil Rights Division, U.S. Department of Justice
(b) (6)

Pronouns: she/her/hers

App. 127

| From: | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
|---|---|
| Sent: | 5/5/2021 3:26:11 PM |
| To: | Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| Subject: | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Great, thanks.  Same here!

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Wednesday, May 5, 2021 11:24 AM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** FW: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Carrie,
Attached is the latest email we received regarding the voting EO.  I'm also going to forward you the invite to the meeting below, as well as the invite to separate meetings we have with the White House on Section 9 of the EO.  We'll discuss this in greater detail at 2:00 p.m.

Looking forward to working with you on this.

Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
| **Sent:** | 5/5/2021 3:56:53 PM |
| **To:** | Freeland, Devontae EOP/WHO (b) (6) |
| **Subject:** | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Thank you!

**From:** Freeland, Devontae EOP/WHO (b) (6)
**Sent:** Wednesday, May 5, 2021 11:56 AM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Cc:** Schwartztol, Larry M. EOP/WHO (b) (6)  Pagnucco, Carrie (CRT)
(b) (6)
**Subject:** Re: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Thanks Alberto. Great to be connected Carrie - I will add you to the invite now.

Sent from my iPhone

> On May 5, 2021, at 11:28 AM, Ruisanchez, Alberto (OASG) (b) (6)  wrote:
>
> Devontae and Larry,
> I hope all is well.  Carrie Pagnucco, a counsel in CRT's Front Office and cc'd here, will be the DOJ point of contact for this EO.  She and I will plan to attend the meeting below.
>
> Best.

Duplicative Material

Duplicative Material

| From: | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
|---|---|
| Sent: | 5/6/2021 7:43:06 PM |
| To: | Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,] |
| Subject: | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

Will do. Thanks!

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Thursday, May 6, 2021 3:43 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Carrie,
When the meeting is scheduled, please let me know and I'll try to attend with you.

Best.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Thursday, May 6, 2021 3:38 PM
**To:** Schwartztol, Larry M. EOP/WHO (b) (6)                Freeland, Devontae EOP/WHO
(b) (6)                Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Hi Larry,
Sure – I'm free between 10:30-11 on Monday or anytime before 11 on Tuesday.  202-532-3898.
Looking forward to it!
Carrie

**From:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Sent:** Thursday, May 6, 2021 3:33 PM
**To:** Freeland, Devontae EOP/WHO (b) (6)                Ruisanchez, Alberto (OASG)
(b) (6)
**Cc:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Thanks, Alberto.

Carrie, very nice to meet you.  I'd love to connect by phone to talk through the work that's been done so far and the next steps.  Do you have availability on Monday between 10:30 and 12:30 or Tuesday before 11?  Should be less than 30 min.

Best,
Larry

Obtained by Heritage Foundation Oversight Project

Duplicative Material

Duplicative Material

Duplicative Material

| From: | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
| Sent: | 5/6/2021 7:54:05 PM |
| To: | Schwartztol, Larry M. EOP/WHO (b) (6) |
| Subject: | RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21 |

No problem at all!  Monday at 10:30 is great.  Talk to you then.

**From:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Sent:** Thursday, May 6, 2021 3:48 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

My apologies.  I somehow didn't register that you'd given the Tuesday time.  If that Monday at 10:30 slot is good for you, let's go with that.  Sorry again for the confusing email!

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Thursday, May 6, 2021 3:45 PM
**To:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Thank you!  What time is best?  I want to make sure you've got a spot on my calendar!

**From:** Schwartztol, Larry M. EOP/WHO (b) (6)
**Sent:** Thursday, May 6, 2021 3:42 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Great.  I'll call you then.  Looking forward to the conversation.

Best,
Larry

Duplicative Material

Duplicative Material

Duplicative Material

**From:** Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
(FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC]
**Sent:** 5/6/2021 9:26:25 PM
**To:** Ruisanchez, Alberto (OASG) [/o=ExchangeLabs/ou=Exchange Administrative Group
(FYDIBOHF23SPDLT)/cn=Recipients/cn=a20fbe70e3864751868e2b513425c023-Ruisanchez,]
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Sounds good. Thanks!

**From:** Ruisanchez, Alberto (OASG)
**Sent:** Thursday, May 6, 2021 4:56 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

I have a conflict but no worries.  Let me know if you have any questions afterwards.

Best.

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Thursday, May 6, 2021 3:55 PM
**To:** Ruisanchez, Alberto (OASG) (b) (6)
**Subject:** RE: Next Steps on Voting EO Implementation – Interim Report Template – Follow-up Meeting 5/21

Hi Alberto,
It's scheduled for Monday, 10:30-11:00.  Does that work for you?
Thanks,
Carrie

Duplicative Material

Duplicative Material

Duplicative Material

| | |
|---|---|
| **From:** | Pagnucco, Carrie (CRT) [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E3974C738EF64CF7A24A4D984519753C-CPAGNUCC] |
| **Sent:** | 6/2/2021 2:10:25 PM |
| **To:** | Williamson, Victor (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=7cde2f53c35d4bf984875b856ee40c05-viwillia] |
| **CC:** | Herren, Chris (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=6b495247c2ed4f07979e95aefa522c62-cherren]; O'Connor, Eileen (CRT) [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=1871f90f3a0f444eb6777b53ef888df7-eoconnor_e0] |
| **Subject:** | RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions |
| **Attachments:** | FIN_Tick Tock for Voting Rights Consultations v2.docx |

Great!  If you haven't already seen this, here is the "tick tock" for the consultation.

**From:** Williamson, Victor (CRT)
**Sent:** Wednesday, June 2, 2021 9:56 AM
**To:** Pagnucco, Carrie (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)          O'Connor, Eileen (CRT) (b) (6)
**Subject:** RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

I have registered as well, and also look forward to listening in.

Thanks kindly,

Victor

**From:** O'Connor, Eileen (CRT)
**Sent:** Wednesday, June 2, 2021 8:00 AM
**To:** Pagnucco, Carrie (CRT) (b) (6)          Williamson, Victor (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

Thanks, Carrie.  I've registered and am looking forward to listening to the meeting this afternoon.

Best,
Eileen

**From:** Pagnucco, Carrie (CRT)
**Sent:** Tuesday, June 1, 2021 7:55 PM
**To:** O'Connor, Eileen (CRT) <Eileen.O'Connor2@usdoj.gov>; Williamson, Victor (CRT) (b) (6)
**Cc:** Herren, Chris (CRT) (b) (6)
**Subject:** Fwd: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

Hi Eileen and Victor,
Please use the link below to register for the consultation tomorrow.
Thanks!
Carrie

Sent from my iPhone

Begin forwarded message:

**App. 141**

**From:** "Rivera, PaaWee EOP/WHO" (b) (6)
**Date:** June 1, 2021 at 7:33:49 PM EDT
**To:** "Goodluck, Tracy L. EOP/WHO" (b) (6)                         "Pagnucco, Carrie (CRT)"
(b) (6)
**Cc:** "Ruisanchez, Alberto (OASG)" (b) (6)                    "Herren, Chris (CRT)"
(b) (6)          "O'Connor, Eileen (CRT)" (b) (6)
**Subject: RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions**

Reg link here: (b) (6)
Thanks!

**From:** Goodluck, Tracy L. EOP/WHO
**Sent:** Tuesday, June 1, 2021 7:05 PM
**To:** Pagnucco, Carrie (CRT) (b) (6)                 Rivera, PaaWee EOP/WHO
(b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)                  Herren, Chris (CRT)
(b) (6)          O'Connor, Eileen (CRT) (b) (6)
**Subject:** RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

+PaaWee

**From:** Pagnucco, Carrie (CRT) (b) (6)
**Sent:** Tuesday, June 1, 2021 6:46 PM
**To:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Cc:** Ruisanchez, Alberto (OASG) (b) (6)                ; Herren, Chris (CRT)
(b) (6)          O'Connor, Eileen (CRT) (b) (6)
**Subject:** RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

Hi Tracy and PaaWee,

Just wanted to follow up about Eileen O'Connor (b) (6)          and Victor
Williamson (b) (6)                    who will be listening in from CRT's Voting
Section.  Do they need to register to get a link?  If so, can you send me the information to pass
along to them?

Thanks so much!
Carrie

**From:** Goodluck, Tracy L. EOP/WHO (b) (6)
**Sent:** Tuesday, June 1, 2021 6:41 PM
**To:** Washburn, Libby R. EOP/WHO (b) (6)                    ; Vail, Justin W. EOP/WHO
(b) (6)          Levitt, Justin M. EOP/WHO (b) (6)
jennifer_vanderheideescobar@ (b) (6)    Bryan_newland@ (b) (6)       Sean.McCluskie@ (b) (6)
Klapper, Matthew B. (OAG) (b) (6)                       Katharine.Ferguson@ (b) (6)
Koh.Daniel@ (b) (6)    Tanya.Bradsher@ (b) (6)   Schwartztol, Larry M. EOP/WHO
(b) (6)          StephanieElaine.Birdwell@ (b) (6)
HeatherDawn.Thompson@ (b) (6)      Elizabeth.Archuleta@ (b) (6)     Natalie_landreth@ (b) (6)    ;
Braden, Myesha (ODAG) (b) (6)              Waits.Jennifer.B@ (b) (6)
Hanks.Angela@ (b) (6)   Akhil.Rajan@ (b) (6)    natalie.landreth@ (b) (6)    Rivera, PaaWee EOP/WHO
(b) (6)               Pagnucco, Carrie (CRT) (b) (6)               Herren, Chris
(CRT) (b) (6)                ; Ruisanchez, Alberto (OASG) (b) (6)

Obtained by Heritage Foundation Oversight Project

App. 142

Ecoffey, Stacey (HHS/IEA) (b) (6)
**Cc:** Pawiki, LoRae (HoMana) (b) (6) Bentley, Terry (b) (6)
**Subject:** RE: Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions

PaaWee just sent each of you a unique link to join as a panelist tomorrow. It will be an email from zoom. If you did not receive a link please contact PaaWee and CC me so we can make sure to get you a link. IF you are not going to participate can you let me know.

Also—I am currently updating the tick tock and will replace it in the calendar invite tonight.

Thank you for everyone's participation tomorrow.

Tracy

Tracy Goodluck
Policy Advisor for Native Affairs
The White House Domestic Policy Council
(b) (6)

-----Original Appointment-----
**From:** Goodluck, Tracy L. EOP/WHO
**Sent:** Thursday, May 13, 2021 2:32 PM

Duplicative Material see p.130

**Subject:** Voting Rights Tribal Consultation with the Southwest, Western and Navajo Regions
**When:** Wednesday, June 2, 2021 2:00 PM-4:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:**

Please HOLD this date and time for our first consultation on voting rights. PaaWee Rivera will send the zoom webinar link prior to the meeting.

App. 143







