# EXHIBIT F

JAMES COMER, KENTUCKY
CHAIRMAN

ONE HUNDRED EIGHTEENTH CONGRESS

JAMIE RASKIN, MARYLAND
RANKING MINORITY MEMBER

# Congress of the United States
## House of Representatives

COMMITTEE ON OVERSIGHT AND ACCOUNTABILITY

2157 RAYBURN HOUSE OFFICE BUILDING

WASHINGTON, DC 20515–6143

MAJORITY   (202) 225–5074
MINORITY   (202) 225–5051

https://oversight.house.gov

May 13, 2024

The Honorable Shalanda Young
Director
United States Office of Management and Budget
725 17th St, NW
Washington, D.C. 20503

Dear Director Young:

The Committee on Oversight and Accountability is continuing its oversight of Executive Order 14019 on Promoting Access to Voting, which President Joe Biden signed on March 7, 2021.[1]  As outlined in the June 15, 2022 letter from Republican members of this Committee and the Committee on House Administration, we have concerns about the lack of constitutional and statutory authority for federal agencies to engage in any activity outside the agency's authorized mission, including federal voting access and registration activities.[2]  Our concern has been exacerbated by the continued lack of transparency from federal agencies and the White House regarding the implementation of this executive order. We request documents and communications related to the creation and implementation of Executive Order 14019.

Ensuring the safe and secure administration of elections and access for all legal voters is critical, but the authority to engage in such efforts is expressly delegated to the states and the Congress by the Constitution.[3]  Even then, the Congress plays only a secondary role to the states. Executive Order 14019 raises significant challenges for our nation's system of checks and balances that the framers carefully crafted in the Constitution to guard against attempts by the executive branch to circumvent the legislative process.

The federalist election system proscribed by the U.S. Constitution allows each state to tailor its elections based on the needs of its residents.  Overreach by the federal government often leads to confusion and inconsistencies.  Mississippi Secretary of State Michael Watson highlighted these concerns in his April 6, 2024 letter to Attorney General Merrick Garland demanding answers as to how Section 9 of the executive order (titled "Ensuring Access to Voter

---

[1] Exec. Order No. 14019 (2021).
[2] Letter from Hon. James Comer, Ranking Member, H. Comm. on Oversight and Government Reform, and Hon. Rodney Davis, Ranking Member, Comm. on House Administration, to Hon. Robin Carnahan, Administrator, U.S. General Services Administration, and Hon. Kiran Ahuja, Director, U.S. Office of Personnel Management (June 15, 2022).
[3] U.S. Const. art. 1, §. 4.

The Honorable Shalanda Young
May 13, 2024
Page 2

Registration for Eligible Individuals in Federal Custody") will impact voter rolls in states where certain felons are ineligible to vote.[4]  By mandating action by agencies to register ineligible voters, the Biden Administration's overreach is creating an untenable situation for state election officials charged with ensuring only eligible voters remain on the voter rolls.

Equally troubling is the lack of transparency regarding the implementation of this executive order.[5]  The executive order requires the heads of federal agencies to allow "approved, nonpartisan third-party organizations and State officials to provide voter registration services on agency premises."[6]  To date, the administration has not provided a comprehensive list of who these approved organizations are, the process for becoming approved, or any guardrails for agencies in implementing this order.  If the Biden Administration wants to use taxpayer-funded buildings to allow "nonpartisan third-party organizations" to engage in voter registration, then the American people deserve to know who these organizations are.  The executive order also requires agencies heads to submit to strategic plans outlining how the agency will implement the executive order; so far, only a handful of agencies have released their plans while others have chosen to hide their plans from the public.

To enable oversight of Executive Order 14019, please provide the following documents and information no later than May 28, 2024:

1. The constitutional or statutory authority the President relied on in the drafting of the executive order;

2. All strategic plans received by the Assistant to the President for Domestic Policy from agencies as required by the executive order;

3. A list of all approved third-party organizations as designated in Section 3(a)(iii)(B) of the executive order;

4. All documents pertaining to the criteria for approving a third-party organization under the executive order; and

5. All White House and OMB documents and communications regarding the drafting of the executive order.

The Committee also requests a staff-level briefing, on these and related matters, no later than May 20, 2024.

Attached are instructions for producing the documents and information to the Committee. If you have any questions, please contact the Committee on Oversight and Accountability

---

[4] Letter from Hon. Michael Watson, Mississippi Secretary of State, to Hon. Merrick Garland, Attorney General, U.S. Dep't of Justice (March 6, 2024).
[5] Fred Lucas, *DOJ Keeps Plan Secret for Biden's Election Executive Order*, THE DAILY SIGNAL, https://www.dailysignal.com/2024/03/11/doj-keeps-plan-secret-for-bidens-election-executive-order/;
[6] Supra n. 1

The Honorable Shalanda Young
May 13, 2024
Page 3

Majority staff at 202-225-5074.  The Committee on Oversight and Accountability is the principal oversight committee of the U.S. House of Representatives and has broad authority to investigate "any matter" at "any time" under House Rule X.  Thank you for your prompt attention to this matter.

Sincerely,

James Comer
Chairman
Committee on Oversight and Accountability

Glenn Grothman
Chairman
Subcommittee on National Security,
the Border, and Foreign Affairs

Pete Sessions
Chairman
Subcommittee on Government Operations
and the Federal Workforce

Nancy Mace
Chairwoman
Subcommittee on Cybersecurity,
Information Technology, and
Government Innovation

Pat Fallon
Chairman
Subcommittee on Economic Growth,
Energy Policy, and Regulatory Affairs

Lisa McClain
Chairwoman
Subcommittee on Health Care and
Financial Services

Paul A. Gosar, D.D.S.
Member of Congress

Virginia Foxx
Member of Congress

Michael Cloud
Member of Congress

Clay Higgins
Member of Congress

The Honorable Shalanda Young
May 13, 2024
Page 4

Andy Biggs
Member of Congress

Jake LaTurner
Member of Congress

Byron Donalds
Member of Congress

William R. Timmons, IV
Member of Congress

Tim Burchett
Member of Congress

Marjorie Taylor Greene
Member of Congress

Lauren Boebert
Member of Congress

Russell Fry
Member of Congress

Anna Paulina Luna
Member of Congress

Nick Langworthy
Member of Congress

Eric Burlison
Member of Congress

Michael Waltz
Member of Congress

The Honorable Shalanda Young
May 13, 2024
Page 5

cc:    The Honorable Jamie B. Raskin, Ranking Member
Committee on Oversight and Accountability

The Honorable Robert Garcia, Ranking Member
Subcommittee on National Security, the Border, and Foreign Affairs

The Honorable Kweisi Mfume, Ranking Member
Subcommittee on Government Operations and the Federal Workforce

The Honorable Gerald Connolly, Ranking Member
Subcommittee on Cybersecurity, Information Technology, and Government Innovation

The Honorable Cori Bush, Ranking Member
Subcommittee on Economic Growth, Energy Policy, and Regulatory Affairs

The Honorable Katie Porter, Ranking Member
Subcommittee on Health Care and Financial Services