# EXHIBIT O



Attorney General Merrick B. Garland
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

March 6, 2024

Re:     Executive Order No. 14019

Dear Attorney General Garland,

As you are aware, on March 7, 2021, President Biden issued Executive Order No. 14019 which sought to turn the Department of Justice agencies from their historical missions of law enforcement to voter registration and get out the vote operations.[1] These efforts are an intrusion into state matters and are a misuse of federal revenue and resources. In addition, it appears that these efforts have led to agencies under your charge attempting to register people to vote, including potentially ineligible felons and to coopt state and local officials into accomplishing this goal. We ask that you cease these operations unless and until we can ensure only eligible voters receive voter registration information. We also request you provide the procedures established by the Department of Justice under Section 9 of the Executive Order so my office can evaluate what damage may have been done to the integrity of Mississippi voter rolls.

Among other things, President Biden's order forces the U.S. Marshals Service to modify agreements with jails requiring them to provide voter registration materials and facilitate voting by mail. According to the Marshals Service, they are modifying 936 contracts or intergovernmental agreements to require state and local government complicity in the potential registration of ineligible prisoners to vote.[2] It further requires the Department of Justice to facilitate voter registration and mail voting for individuals in the custody of the Bureau of Prisons.

This program creates numerous opportunities for ineligible prisoners to be registered to vote in Mississippi. The program provides prisoners with misleading information concerning their right to both register and vote in Mississippi – a right which they may not have. For example, many of the people in the custody of the Marshals are convicted felons whom Mississippi law deems ineligible to vote.[3] Additionally, many of those in custody only have fleeting ties to Mississippi and do not meet the residency requirements necessary to be a Mississippi voter.[4]

Just as concerning, these intergovernmental agreements prompt Mississippi jails to, "work with other reliable sources of voter information to assist federal prisoners with voter registration, voting by mail, and notification of upcoming elections."[5] We are unaware of any contact with our Office, which begs the question, which

---

[1] https://www.whitehouse.gov/briefing-room/presidential-actions/2021/03/07/executive-order-on-promoting-access-to-voting/
[2] https://www.usmarshals.gov/sites/default/files/media/document/PUB-2-2022-Annual-Report.pdf
[3] MS Code § 23-15-19 (2020)
[4] MS Code § 23-15-11 (2020)
[5] *See e.g.* https://elpaso.novusagenda.com/AgendaPublic/CoverSheet.aspx?ItemID=37700&MeetingID=1182

organizations are the Marshals using to accomplish this demand? Many outside groups performing voter registration and vote harvesting services are partisan entities with a history of being unreliable.[6] There have been documented instances of these groups providing incorrect directions to voters.[7] It is not proper for the Federal government to push partisan groups into the voting process in Mississippi or any other state.

Finally, we are also concerned this program could lead to the registration of illegal aliens in Mississippi. Due to the Biden Administration's border policies, millions of illegal aliens have not only been allowed into this country during the last three years, but they have also been allowed to stay. Many of these aliens have been in the custody of an agency of the Department of Justice including the Marshals. Our understanding is that everyone in the Marshals' custody is given a form advising them of their right to register and vote. Providing ineligible non-citizens with information on how to register to vote undoubtedly encourages them to illegally register to vote, exposing them to legal jeopardy beyond their immigration status.

It is quite shocking, in the midst of a crisis at our southern border[8] and an unprecedented crime wave[9], that the Biden administration has chosen to expend tax dollars and vital law enforcement resources on a program that risks bloating state voter rolls with ineligible and non-citizen voters.

As the Chief Election Officer for the state of Mississippi, it is my duty to maintain secure elections. The Biden Administration's Executive Order makes our job more difficult and presents clear threats to the security of Mississippi's elections. I again ask you provide all information regarding your department's activities pursuant to the Biden Administration's Executive Order so that we can determine the scope of the damage that has been done. (See attached FOIA requests). We also request you provide us with the name and identifying information of all people who have received Mississippi voter registration materials under this program. Finally, we ask that you cease the program immediately.

Sincerely,

*Michael Watson*

**Michael Watson**
Secretary of State
State of Mississippi

Attachments

cc: Governor Tate Reeves
    Lieutenant Governor Delbert Hosemann
    Attorney General Lynn Fitch
    Speaker Jason White
    Speaker of the House Mike Johnson
    Minority Leader Mitch McConnell
    Chairman Jim Jordan

---

[6] *See e.g.* https://www.foxnews.com/politics/nonprofit-raises-eyebrows-with-mailings-seeking-to-increase-voter-registration
[7] https://www.cbsnews.com/colorado/news/colorado-voter-registrations-invalid/
[8] https://www.pewresearch.org/short-reads/2024/02/15/migrant-encounters-at-the-us-mexico-border-hit-a-record-high-at-the-end-of-2023/
[9] https://apnews.com/article/mississippi-capitol-crime-5957ddea7d015b8d0bf1f77dc6540b84