# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS

AMERICA FIRST POLICY INSTITUTE, et al.,
Plaintiff

v.

JOSEPH R. BIDEN, JR., et al.,
Defendant

2:24-cv-00152-Z
Civil Action No.

## CERTIFICATE OF INTERESTED PERSONS/DISCLOSURE STATEMENT
(This form also satisfies Fed. R. Civ. P. 7.1)

Pursuant to Fed. R. Civ. P. 7.1 and LR 3.1(c), LR 3.2(e), LR 7.4, LR 81.1(a)(4)(D), and LR 81.2,

America First Policy Institute; Ronny Jackson; Beth Van Duyne; Matthew Krause; Frank LaRose, in his official capacity as Ohio Secretary of State; and Suzanne Pinnow, in her official capacity as Municipal Clerk of Thornapple, Wisconsin,

provides the following information:

For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):
*Please separate names with a comma. Only text visible within box will print.*

America First Policy Institute: None.

A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:
*Please separate names with a comma. Only text visible within box will print.*

Because this lawsuit seeks only injunctive relief, none.

| | |
|---|---|
| Date: | 07/11/2024 |
| Signature: | /s/ Kenneth A. Klukowski |
| Print Name: | Kenneth A. Klukowski |
| Bar Number: | D.C. Bar No. 1046093 |
| Address: | 1717 K Street NW, Suite 900 |
| City, State, Zip: | Washington, DC 20006 |
| Telephone: | (202) 787-1060 |
| Fax: | (202) 776-0136 |
| E-Mail: | kklukowski@schaerr-jaffe.com |

**NOTE:** To electronically file this document, you will find the event in our Case Management (CM/ECF) system, under Civil => Other Documents => Certificate of Interested Persons/Disclosure Statement.