THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants*. | Civil Action No.: 2:24-cv-00152-Z |

### NOTICE OF FILING PROOF OF SERVICE

Plaintiffs, America First Policy Institute, Ronny Jackson, Beth Van Duyne, Matthew Krause, Frank LaRose, in his official capacity as Ohio Secretary of State, and Suzanne Pinnow, in her official capacity as Deputy Clerk of Thornapple, Wisconsin, by counsel and pursuant to Rule 4(l) of the Federal Rules of Civil Procedure, respectfully submit the attached Declaration of Kristina Robinson as proof that service of process has been effected on Defendants Joseph R. Biden, Jr., in his official capacity as President of the United States, Merrick B. Garland, in his official capacity as Attorney General of the United States, Debra A. Haaland, in her official capacity as Secretary of the Interior, Xavier Becerra, in his official capacity as Secretary of Health and Human Services, Adrianne R. Todman, in her official capacity as Acting Secretary of Housing and Urban Development, Miguel A. Cardona, in his official capacity as Secretary of Education, Alejandro N.

Mayorkas, in his official capacity as Secretary of Homeland Security, and the United States of America, along with the U.S. Attorney General, and the U.S. Attorney for the Northern District of Texas in the above-captioned matter.

July 31, 2024                                         Respectfully submitted,

                                                      /s/ Kenneth A. Klukowski
                                                      H. CHRISTOPHER BARTOLOMUCCI*
                                                      D.C. Bar No. 453423
                                                      KENNETH A. KLUKOWSKI
                                                      D.C. Bar No. 1046093
                                                      JUSTIN A. MILLER
                                                      Tex. Bar No. 24116768
                                                      SCHAERR | JAFFE LLP
                                                      1717 K Street NW, Suite 900
                                                      Washington, DC 20006
                                                      Telephone: (202) 787-1060
                                                      Facsimile: (202) 776-0136
                                                      kklukowski@schaerr-jaffe.com

                                                      *Pro hac vice application pending

                                                      Attorneys for Plaintiffs