# EXHIBIT C



Démos **Demos** @Demos_Org · Mar 7, 2021 ···

Today, on the 56th anniversary of Bloody Sunday, President Biden has issued an executive order aimed at increasing voter registration.

This is big news for democracy!

Our statement:

demos.org
Demos Applauds Biden's Executive Order Aimed at F
New Mandate, Signed on 56th Anniversary of Bloody Sunday, Requires Federal Agencies to ...

4 · 26 · 63

Démos **Demos** @Demos_Org · Mar 7, 2021 ···

Within the next 200 days, federal agencies will have to develop plans for how they will assist in promoting voter registration for eligible persons they serve.

1 · 4 · 5

Démos **Demos** @Demos_Org · Mar 7, 2021 ···

"President Biden has opened the door to mobilize our national government's existing programs and resources to ensure more Americans can participate in elections." — @brendawright06

1 · 3 · 6

Démos **Demos** @Demos_Org · Mar 7, 2021 ···

"The late Congressman John Lewis bore the scars of the Bloody Sunday assault until the day he died. It is fitting that this pledge of federal support for voter registration comes on the first commemoration of Bloody Sunday since his passing." — @brendawright06

1 · 3 · 4

Démos **Demos** @Demos_Org · Mar 7, 2021 ···

Demos' work with state agencies provides clear evidence of the potential impact of agency-based registration. It can add millions of eligible persons to the voting rolls.
demos.org/research/towar...

1 · 2 · 6

Démos **Demos**
@Demos_Org ···

Today's Executive Order is an important step forward on an initiative Demos promoted as a priority for the Biden-Harris administration during the presidential transition and has been a focal point of our work for years.
demos.org/policy-briefs/...

11:24 AM · Mar 7, 2021

2 · 4 · 1

[EXHIBIT C]