# EXHIBIT G



May 20, 2024

The Honorable Frank LaRose
Ohio Secretary of State
180 Civic Center Drive
Columbus, OH 43215
Tele: (631) 987-7604

**Re: Removal of Non-citizens from Voter Registration Rolls**

Dear Secretary LaRose,

America First Policy Institute commends you for initiating a confirmation and removal process to ensure that only eligible United States citizens are able to register and vote. This is a simple yet necessary action that affords a measure of election security and confidence for Buckeye State voters.

Your actions could not have come at a more critical time. Since 2021, at least 11 million illegal aliens have entered the United States. That is roughly equal to the population of Ohio, where many of the illegal aliens undoubtedly now reside. And as your recent audit uncovered, some of those illegal aliens end up on the state's voter registration rolls.

In a recent federal case, *Texas et al. v. Dept of Homeland Security*, the United States Department of Homeland Security acknowledged that non-citizens from certain countries may be granted "immigration parole" status. This status enables those non-citizens to obtain a Social Security number and a driver's license. And pursuant to federal law, Title 42 U.S.C. Section 15483 (known as the Help America Vote Act, or "HAVA"), a driver's license or Social Security number is sufficient for federal voter registration purposes. Thus, it is unsurprising that the record surge of illegal aliens into our nation has resulted in non-citizens on our voter registration rolls.

As you know, the law forbids non-citizens from voting in federal elections, yet there is no mechanism to enforce the law, and those who seek to subvert the law know this. But thanks to your leadership and your commitment to the rule of law, Ohio is now one step closer to closing these legal loopholes. We commend you and your team for this action, and we stand ready to work together to ensure we make it easy to vote but hard to cheat.

Sincerely,

/s/ *Ken Blackwell*
AMERICA FIRST POLICY INSTITUTE
Chair, Center for Election Integrity

/s/ *Mike Berry*
AMERICA FIRST POLICY INSTITUTE
Executive Director, Center for Litigation

AMERICA FIRST POLICY INSTITUTE
1635 Roger Road, Fort Worth, Texas 76107
Phone (703) 637-3690