# EXHIBIT N

WORK IN PROGRESS

# Highest VR Increase Since Investigation Started T15 Counties
As of: 05/14/2024

**Key:**

**Purple Strikethrough:** Counties with the highest voter registration increase

**T15 counties with highest increase in voters registered since start of investigation**
- Wayne
- Oakland
- Macomb
- Kent
- Washtenaw
- Ottawa
- Kalamazoo
- Genesee
- Berrien
- Muskegon
- Ingham
- Monroe
- Jackson
- St. Clair
- Livingston



Source: Michigan Dep't of State

* Based on publicly available information at the time

<span style="color:red">WORK IN PROGRESS</span>

# Highest and Lowest Share of Employees Working at Small Businesses by County

As of: 05/14/2024

**Key:**

**Red Highlight:** Counties with Highest Share of Small Business Employment

**Grey Strikethrough:** Counties with Lowest Share of Small Business Employment



**Counties With Highest Share of Employees Working at Small Businesses (75-100%)**
- Tuscola
- Sanilac
- Oceana
- Menominee
- Gladwin
- Antrim
- Leelanau
- Kalkaska
- Missaukee
- Lake
- Presque Isle
- Mackinac
- Baraga
- Iron
- Montmorency
- Schoolcraft
- Alcona
- Luce

**Counties With Lowest Share of Employees Working at Small Businesses (0-49%)**
- Wayne
- Oakland
- Macomb
- Washtenaw
- Kent
- Ingham
- Kalamazoo
- Genesee
- Saignaw
- Isabella
- Muskegon
- Jackson
- Monroe
- Calhoun
- Eaton
- Midland
- Mecosta
- St. Joseph
- Hillsdale
- Branch
- Dickenson
- Osceola
- Crawford

\* Based on publicly available information at the time

Source: U.S. Small Business Administration Office of Advocacy

<span style="color:red">WORK IN PROGRESS</span>

# Overlap of DNC Target Demographics (Age / Race), Outreach Events, Campaign / SBA Visits

As of: 05/14/2024

**Key:**

- ★ SBA Field Office
- • SBDC
- ⊛ SBA Field Office & SBDC
- ★ Biden Campaign Office
- △ Biden Campaign Office & SBDC
- ⊛ Biden Campaign Office & SBA Field Office & SBDC
- • SBDC Event
- • Biden/ Harris Visit
- • SBA Official Visit

**Green Highlight:** Target Racial Demographics

**Purple Circle:** Target Age Demographics

**Purple Strikethrough:** Counties with the highest voter registration increase

**Overlap Highest Target Demographics and Location of Events, Field Offices, and Biden Campaign Trips:**
- Isabella
- Saginaw
- Genesee
- St. Clair
- Oakland
- Livingston
- Ingham
- Wayne
- Washtenaw
- Calhoun
- Kalamazoo
- Berrien

\* Based on publicly available information at the time

**T15 counties with highest increase in voters registered since start of investigation**
- Wayne
- Oakland
- Macomb
- Kent
- Washtenaw
- Ottawa
- Kalamazoo
- Genesee
- Berrien
- Muskegon
- Ingham
- Monroe
- Jackson
- St. Clair
- Livingston



Source: U.S. Census, U.S. Small Business Administration, Michigan SBDC

Map annotations:
- 1 Event: NMC University Center
- 1 Event: The Northern Center
- 2 Events: Huron County Senior Center
- 3 Events: City of Marlette
- 3 Events: MCC Lapeer Extension Center
- 4 Events: MOC Building
- 3 Events: Owosso Armory
- 1 Event: Grand Rapids
- 10 Events: Schoolcraft College
- 5 Events: Detroit
- 2 Events: DPL Main Galleria
- 1 Event: Washtenaw Community College
- 1 Event: Emerge Innovation Hub-Benton Harbor
- 1 Event: Kalamazoo
- 2 Events: Battle Creek Unlimited
- 1 Event: Public Service Building
- 1 Event: Capital Region SBDC

WORK IN PROGRESS

# Overlap Between Voter Registration Rates & E.O. 14019 / DNC Target Demographics (Age / Race) By County

As of: 05/14/2024

**Key:**

**Green Highlight:** T15 Counties with Highest African American Population

**Purple Circle:** T15 Counties with Highest Population of Voters 18-24 Years of Age

**Red Strikethrough:** T15 Highest Number of voters registered between 2023-24, and had a republican gain between 2020-2022

**Blue Strikethrough:** T15 Highest Number of voters registered between 2023-24, and had a democrat gain between 2020-2022

**Red Dot:** SBDC Event (Past or Scheduled)

**Yellow Dot:** SBA Official Trips



\* Based on publicly available information at the time

Source: U.S. Census, Michigan Dep't of State, U.S. Small Business Administration, Michigan SBDC