**THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | Case No. 2:24-cv-152-Z |

**NOTICE OF APPEARANCE**

Please take notice that Alexander V. Sverdlov, trial attorney at the United States Department of Justice, Civil Division, Federal Programs Branch, hereby enters his appearance as counsel for Defendants in the above-captioned matter.


DATED:  August 1, 2024        /s/ *Alexander V. Sverdlov*
                             ALEXANDER V. SVERDLOV
                             Trial Attorney
                             U.S. Department of Justice
                             Civil Division, Federal Programs Branch
                             1100 L Street, N.W.
                             Washington, DC 20005
                             Phone: (202) 305-8550
                             Email:  alexander.v.sverdlov@usdoj.gov

**CERTIFICATE OF SERVICE**

On August 1, 2024, I electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court, Northern District of Texas, using the Court's electronic case filing system.  I hereby certify that I have served all parties electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).


*/s/  Alexander V. Sverdlov*
Alexander V. Sverdlov
Trial Attorney
U.S. Department of Justice