THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, ET AL.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, ET AL.,<br><br>*Defendants.* | Civil Action No.: 2:24-cv-00152-Z |

**CERTIFICATE OF SERVICE**

I hereby certify that true and correct copies of Plaintiffs' Amended Complaint (Doc. 11), Plaintiffs' Amended Certificate of Interested Persons (Doc. 12), and Plaintiffs' Notice of Filing of Service of Process (Doc. 10), were served on August 4, 2024 by email, and on August 6, 2024 by priority USPS mail, on the following counsel of record for the Defendants:

    Alexander V. Sverdlov
    U.S. Department of Justice
    Civil Division
    1100 L Street, NW
    Washington, DC 20005
    Email: alexander.v.sverdlov@usdoj.gov

| | |
|---|---|
| Dated: August 6, 2024 | */s/ Kenneth A. Klukowski* <br> KENNETH A. KLUKOWSKI <br> D.C. Bar No. 1046093 <br> SCHAERR | JAFFE LLP <br> 1717 K Street NW, Suite 900 <br> Washington, DC 20006 <br> Telephone: (202) 787-1060 <br> Facsimile: (202) 776-0136 <br> kklukowski@schaerr-jaffe.com <br><br> *Attorneys for Plaintiffs* |