THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*,<br><br>*Plaintiffs,*<br>v.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, *et al.*,<br><br>*Defendants.* | Civil Action No.: 2:24-cv-00152-Z |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, and the entire record herein, the Court finds that (1) Plaintiffs are likely to succeed on the merits of their claims, (2) Plaintiffs will suffer irreparable harm absent an injunction, (3) the balance of equities merge with the public interest because Defendants are the Federal Government, and (4) the public interest weighs in Plaintiffs' favor because it is in the public interest to require federal agencies to act consistently with federal statutes. Accordingly, it is hereby:

ORDERED that Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction is GRANTED; and it is

ORDERED that Defendants are hereby enjoined from continuing their current actions implementing Executive Order 14019; and it is further

ORDERED that Defendants are hereby enjoined from taking any additional actions implementing Executive Order 14019.

SO ORDERED.

Dated: _____, 2024            _____
                                                                        United States District Judge