IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>JOSEPH R. BIDEN, JR., *et al.*,<br><br>　　　　Defendants. | 2:24-CV-152-Z |

**EXPEDITED BRIEFING ORDER**

Before the Court is Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction ("Motion") (ECF No. 15), filed September 10, 2024. There, Plaintiffs contend that "[e]arly voting begins on September 16, and in the absence of documents to the contrary, the risk that unlawful [get out the vote] efforts will irreversibly compound Plaintiffs' injuries justifies interim relief to preserve the status quo . . . ." *Id.* at 61.

Therefore, Defendants are **ORDERED** to file briefing responsive to Plaintiffs' Motion by **Thursday, September 12, 2024 at 11:59 p.m.** Pursuant to Local Rule 7.2(c), the Court **EXTENDS** Defendants' page limit from **25 to 50 pages**.

Plaintiffs are **ORDERED** to submit reply briefing by **Friday, September 13, 2024 at 12:00 p.m.** That reply **may not exceed 10 pages**. N.D. Tex. Loc. R. 7.2(c).

SO ORDERED.

September 11, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MATTHEW J. KACSMARYK
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE