IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AMERICA FIRST POLICY INSTITUTE, *et al.*,

    Plaintiffs,

v().

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

2:24-CV-152-Z

## ORDER

Before the Court is Defendants' Unopposed Motion to Modify the Court's September 11, 2024 Scheduling Order ("Motion") (ECF No. 21). The Motion is **GRANTED**.

On or before **12:00 p.m. CDT on Saturday, September 14, 2024**, Defendants shall file a response brief **not to exceed 50 pages**.

On or before **12:00 p.m. CDT on Sunday, September 15, 2024**, Plaintiffs shall file a reply brief **not to exceed 10 pages**.

**SO ORDERED.**

September 12, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE