IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE et al.,<br><br>      *Plaintiffs*,<br><br>      vs.<br><br>JOSEPH R. BIDEN, JR., in his official capacity as President of the United States, et al.,<br><br>      *Defendants*. | No. 2:24-cv-152-Z |

**MOTION TO INTERVENE BY PROPOSED INTERVENOR-DEFENDANTS LEAGUE OF WOMEN VOTERS, BLACK VOTERS MATTER, AND NAEVA**

Pursuant to Rule 24(a) of the Federal Rules of Civil Procedure, the League of Women Voters, Black Voters Matter and Naeva (collectively, the "Proposed Intervenor-Defendants") respectfully move to intervene as a matter of right as party-defendants in the above-captioned matter. In the alternative, the Proposed Intervenor-Defendants respectfully move for permissive intervention under Federal Rule of Civil Procedure 24(b). This motion is supported by the attached memorandum of law. Proposed Intervenor-Defendants also attach their proposed motion to dismiss and accompanying memoranda to be filed in the event that intervention is granted.

Dated: September 14, 2024

Ryan Patrick Brown
TX Bar No. 24073967
Ryan Brown, Attorney at Law, P.L.L.C.
1222 S Fillmore St.
Amarillo, TX 79101
(806) 372-5711
info@ryanbrownattorneyatlaw.com

John A. Freedman*
Samuel Kleinman*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
(202) 942-5000
john.freedman@arnoldporter.com
sam.kleinman@arnoldporter.com

Jeffrey A. Fuisz*
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th St.
New York, NY 10019
(212) 836-8000
jeffrey.fuisz@arnoldporter.com

Sarah Gryll*
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison St.
Suite 4200
Chicago, IL 60602
(312) 583-2300
sarah.gryll@arnoldporter.com

Niyati Shah*
Noah Baron*
Alizeh Ahmad*
ASIAN AMERICANS ADVANCING JUSTICE-AAJC
1620 L Street, NW, Suite 1050
Washington, DC 20036
(202) 296-2300
nshah@advancingjustice-aajc.org
nbaron@advancingjustice-aajc.org
aahmad@advancingjustice-aajc.org
Rose Murray*

Respectfully Submitted,

/s/ *Edgar Saldivar*
Edgar Saldivar
TX Bar No. 24038188
Thomas Buser-Clancy*
TX Bar No. 24078344
Ashley Harris*
TX Bar No. 24123238
Adriana Piñon*
TX Bar No. 24089768
ACLU FOUNDATION OF TEXAS, INC.
1018 Preston St.
Houston, TX 77002
Tel: (713) 942-8146
Fax: (713) 942-8966
esaldivar@aclutx.org
tbuser-clancy@aclutx.org
aharris@aclutx.org
apinon@aclutx.org

Sarah Brannon*
Jacob van Leer*
Voting Rights Project
ACLU FOUNDATION
915 15th St. NW
Washington, DC 20005
(202) 210-7287
sbrannon@aclu.org
jvanleer@aclu.org

Sophia Lin Lakin*
Ming Cheung*
Voting Rights Project
ACLU FOUNDATION
125 Broad St.
New York, NY 10004
MCheung@aclu.org

Leah J. Tulin*
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
1140 Connecticut Ave. NW, Suite 1150
Washington, DC 20036
(202) 650-6397
tulinl@brennan.law.nyu.edu

| | |
|---|---|
| Ahmed Soussi* <br> SOUTHERN POVERTY LAW CENTER <br> 201 Saint Charles Ave., Suite 2000 <br> New Orleans, Louisiana 70170 <br> (504) 579-3175 <br> rose.murray@splcenter.org <br> ahmed.soussi@splcenter.org | Lauren Miller Karalunas* <br> BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW <br> 120 Broadway, Suite 1750 <br> New York, NY 10271 <br> (646) 292-8310 <br> millerl@brennan.law.nyu.edu |

*Attorneys for League of Women Voters and Black Voters Matter*

Jacqueline D. De León* <br>
Allison A. Neswood* <br>
NATIVE AMERICAN RIGHTS FUND <br>
250 Arapahoe Ave. <br>
Boulder, CO 80302 <br>
(303) 447-8760 <br>
jdeleon@narf.org <br>
neswood@narf.org

Samantha B. Kelty* <br>
TX Bar No. 24085074 <br>
NATIVE AMERICAN RIGHTS FUND <br>
950 F St. NW, Suite 1050, <br>
Washington, DC 20004 <br>
(202) 785-4166 <br>
kelty@narf.org

*Attorneys for Naeva*

*Application for Admission Pro Hac Vice Forthcoming

## CERTIFICATE OF CONFERENCE

I certify that on September 13, 2024, pursuant to Local Rule 7.1 (a), Counsel for Proposed-Intervenor Defendants reached out to Counsel for the Plaintiffs and the Federal Defendants in this matter regarding this Motion. Counsel sent an email to all counsel of record asking their positions on Intervention. Counsel for both Plaintiffs and Defendants responded that they have no position at this time and would take a position once they review the papers. Accordingly, it is not known at this time if this motion will be opposed.

Leah J. Tulin

**CERTIFICATE OF SERVICE**

I certify that on September 14, 2024, the foregoing document was filed on the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

/s/ *Edgar Saldivar*
Edgar Saldivar