UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| AMERICA FIRST POLICY INST., et al. §<br>*Plaintiff* § § § | |
| v. § | Case No. 2:24-cv-00152-Z |
| § § | |
| JOSEPH R. BIDEN, JR., et al. §<br>*Defendant* § | |

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Native American Rights Fund                                   , with offices at

250 Arapahoe Ave.
(Street Address)

Boulder                          CO                 80302
(City)                           (State)            (Zip Code)

(303) 447-8760                   (303) 443- 7776
(Telephone No.)                  (Fax No.)

**II.** Applicant will sign all filings with the name  Jacqueline De Leon                                .

**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

Naeva (fka Native American Voters Alliance)


to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____California_____, where Applicant regularly practices law.

For Court Use Only.
Bar Status Verified:
_____

Bar license number: 288192          Admission date: December 2012

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| U.S. District Court of North Dakota | November 2017 | Active |
| District of Columbia | October 2014 | Active |
| | | |
| | | |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

**IX.** Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:   Case No. And Style:

N/A   N/A

(If necessary, attach statement of additional applications.)

**X.** Local counsel of record associated with Applicant in this matter is

Ryan Patrick Brown (Texas Bar No. 24073967)                    , who has offices at

Ryan Brown, Attorney at Law, P.L.L.C., 1222 S. Filmore St.
(Street Address)

Amarillo                           TX                79101
(City)                             (State)           (Zip Code)

(806) 372-5711                     N/A
(Telephone No.)                    (Facsimile No.)

**XI.** Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☑ Applicant has read and will comply with the local criminal rules of this court.

**XII.** Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only. Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   13th   day of   September   ,   2024   .

Jacqueline De Leon
Printed Name of Applicant

*[signature: Jacqueline De Leon]*
Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature. If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.

AO 136 (Rev.9/98) Certificate of Good Standing

# United States District Court
### District of North Dakota



## CERTIFICATE OF GOOD STANDING

I, Kari M. Knudson Clerk of this Court, certify that

**Jacqueline De Leon** was duly admitted to

practice in this Court on November 28, 2017,

and is in good standing as a member of the Bar of this Court.

Dated at Fargo, North Dakota on September 12, 2024.

Kari M. Knudson
Clerk

*Shantel Jacobson*
Deputy Clerk - Shantel Jacobson