IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JOSEPH R. BIDEN, JR., *et al.*, <br><br> Defendants. | 2:24-CV-152-Z |

### ORDER

Before the Court is Plaintiffs' Unopposed Motion for Extension of Time to Respond to Pending Motions ("Motion") (ECF No. 55), filed September 18, 2024. The Motion is **GRANTED**. The Court accordingly enters the following briefing schedule **MODIFYING** ECF No. 43.

Plaintiffs shall submit their response to Defendants' Motion to Dismiss ("MTD") (ECF No. 25) no later than Friday, September 27, 2024 at 11:59 p.m. CDT.

Defendants shall submit any reply brief in support of their MTD no later than Friday, October 4, 2024 at 11:59 p.m. CDT.

Plaintiffs shall submit their response to the Motion to Intervene ("Intervention Motion") (ECF No. 26) no later than Friday, September 27, 2024 at 11:59 p.m. CDT.

Proposed Intervenors shall submit any reply brief in support of their Intervention Motion no later than Friday, October 4, 2024 at 11:59 p.m. CDT.

**SO ORDERED**.

September 19, 2024.

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE