IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

AMERICA FIRST POLICY INSTITUTE, *et al.*,

    Plaintiffs,

v.

JOSEPH R. BIDEN, JR., *et al.*,

    Defendants.

2:24-CV-152-Z

## ORDER

Before the Court is Defendants' Unopposed Motion for Extension of Time to File a Reply Brief ("Motion") (ECF No. 62). The Motion is **GRANTED**. Therefore, Defendants may file a reply brief in support of their motion to dismiss at any time before October 11, 2024 at 11:59 p.m. CDT.

**SO ORDERED.**

October 3, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE