IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-152-Z |
| JOSEPH R. BIDEN, JR., *et al.*, | |
| Defendants. | |

## ORDER

Before the Court are Proposed-Intervenors' Applications for Admission Pro Hac Vice (ECF Nos. 28, 29, 30, 31, 32, 33, 34, 35, 40, 41, 42, 45, 46, 47, 48, 50, 51, 53, 54, 58). They are **GRANTED**.

The following attorneys are licensed to practice in the District of Columbia: John Freedman, Jeffrey Fuisz, Samuel Kleinman, Alizeh Ahmad, Jacob Van Leer, Noah Baron, Leah Tulin, and Niyati Shah. ECF Nos. 28 at 4; 29 at 4; 30 at 4; 31-1; 32 at 4; 33-1; 34 at 4; 35-1.

The following attorneys are licensed to practice in the state of Texas: Ashley Harris, Thomas Buser-Clancy, and Adriana Pinon. ECF Nos. 40 at 4; 41 at 4; 42 at 4.

The following attorneys are licensed to practice in the state of New York: Ming Cheung, Lauren Miller, Edgar Saldivar, and Sophia Lakin. ECF Nos. 45 at 4; 48-1 at 1; 51 at 4; 54 at 5.

The following attorneys are licensed to practice in the state of Louisiana: Ahmed Soussi and Rose Murray. ECF Nos. 46 at 4; 47 at 4.

The following attorneys are licensed to practice in the state of North Dakota: Allison Neswood and Jacqueline De Leon. ECF Nos. 50 at 4; 58 at 4.

Finally, Sarah Brannon is licensed to practice in the state of Maryland. ECF No. 53-1.

The foregoing applicants have read and will comply with *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D. 284 (N.D. Tex. 1988) (en banc) and the Local Rules.

**SO ORDERED.**

October 10, 2024

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE