IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, | |
| Plaintiffs, | |
| v. | 2:24-CV-152-Z |
| DONALD J. TRUMP, *et al.*, | |
| Defendants. | |

## ORDER

On November 15, 2024, the Court entered an Order granting Plaintiffs' Unopposed Motion to Hold Case in Abeyance (ECF No. 73). By that Order, the Court stayed all proceedings and deadlines in the instant case until February 20, 2025, and ordered parties to file a joint status report by such deadline. ECF No. 74.

On January 20, 2024, President Donald Trump withdrew Executive Order No. 14019, *Promoting Access to Voting*, 86 Fed. Reg. 13623 (Mar. 7, 2021), the primary focus of the parties' litigation. Exec. Order No. 14148, *Initial Recissions of Harmful Executive Order and Actions*, 90 Fed. Reg. 8237, 8238 (Jan. 20, 2025) (revoking Executive Order No. 14019). For this reason, the parties' joint Status Report communicates their belief "that the case is moot." ECF No. 78. Accordingly, the parties request that the stay "be lifted to allow Plaintiffs to voluntarily dismiss their action." *Id.*

The Court **LIFTS the stay** imposed on November 15, 2024, to permit further proceedings in this case.

**SO ORDERED.**

February **24**, 2025

MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE