# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, § <br> § <br> *Plaintiffs,* § <br> v.   § <br> § <br> DONALD J. TRUMP, in his official capacity § <br> as President of the United States, *et al.*, § <br> § <br> *Defendants.* § <br> § | Civil Action No.: 2:24-cv-00152-Z |

## PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(i) of the Federal Rules of Civil Procedure, Plaintiffs hereby voluntary dismiss this action.

As stated in the parties' Joint Status Report (Doc. 78), the Executive Order that is the subject of this litigation—Executive Order No. 14019, *Promoting Access to Voting*, 86 Fed. Reg. 13,623 (Mar. 7, 2021)—was withdrawn by President Trump on January 20, 2025. *See* Exec. Order No. 14,148, *Initial Recissions of Harmful Executive Order and Actions*, 90 Fed. Reg. 8237, 8238 (Jan. 20, 2025) (revoking Executive Order No. 14019). Accordingly, Plaintiffs have decided to dismiss this action.

| | |
|---|---|
| February 24, 2025 | Respectfully submitted,<br><br>*/s/ Justin A. Miller*<br>H. Christopher Bartolomucci*<br>D.C. Bar No. 453423<br>Justin A. Miller<br>Texas Bar No. 24116768<br>SCHAERR | JAFFE LLP<br>1717 K Street NW, Suite 900<br>Washington, DC 20006<br>(202) 787-1060<br>cbartolomucci@schaerr-jaffe.com<br>jmiller@schaerr-jaffe.com<br>*Admitted *pro hac vice*<br><br>*Counsel for Plaintiffs* |

2

## CERTIFICATE OF SERVICE

On February 24, 2025, the foregoing document was filed with the Clerk of Court for the United States District Court, Northern District of Texas using the Court's CM/EC system. I hereby certify that I have served the document on all counsel of record by manner authorized by Federal Rule of Civil Procedure 5(b)(2) (ECF system).

*/s/ Justin A. Miller*
Justin A. Miller
