IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | |
|---|---|
| AMERICA FIRST POLICY INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD J. TRUMP., *et al.*, <br><br> Defendants. | 2:24-CV-152-Z |

## NOTICE

Before the Court is the Plaintiffs' Notice of Voluntary Dismissal (ECF No. 81), filed February 24, 2025. A Rule 41(a)(1)(A)(i) notice is effective if filed "before the opposing party serves either an answer or a motion for summary judgment." FED. R. CIV. P. 41(a)(1)(A)(i). Defendant has not served an answer or a motion for summary judgment. A voluntary dismissal of an action is "self-effectuating . . . no order or other action of the district court is required." *In re Amerijet Intern., Inc.*, 785 F.3d 967, 973 (5th Cir. 2015). This Court has therefore "los[t] jurisdiction." *Id.* Accordingly, the Clerk of the Court is **DIRECTED** to close the case, and all other pending motions are **DENIED** as **MOOT**. Plaintiff is barred from refiling any claims or causes of action against Defendant at a later date arising from the facts of this suit.

The Court issues notice accordingly.

February 26, 2025

_____
MATTHEW J. KACSMARYK
UNITED STATES DISTRICT JUDGE